# United States District Court
# District of Connecticut

FILED
2003 NOV -4 P 4: 43
US DISTRICT COURT

James McKinnon   Case 3:02CV2317(JCH)(HBF)
100770
Plaintiff

October 30, 2003

V.

Thomas Hunt, ETal
John Lahda

Defendants' Individual Capacity

First Amended Compliant Plaintiff has attached Motion To amend Complaint To add ADA Claim Rule 28 C.F.R. § 35.190.; Also To Amendment The Short & Concise Statement of Material Facts Federal Rule 15(a)(b)

1. Plaintiff James McKinnon pro se Request That This short concise statement be amended To The material facts respecfully submitted with The forth going information.

By x _James Lee McKinnon_
James Lee McKinnon
900 Highland Avenue
Cheshire Conneticut
06410

2. Plaintiff is a disabled prisoner and have greater rights under The Americans with disabilities Act of 1990 (ADA); please see; 42 U.S.C. § 12101 et seq

3. A "public entity" is defined in the ADA as including "any State or local government" or "any department, agency, special purpose district, or other instrumentality of a State or States or local government; please see; 42 U.S.C. § 12131 (1)(A,B) (emphasis supplied).

4. For Plaintiff this definition clearly includes correction departments and other agencies that operate prisons and jails; please see; Clarkson v. Coughlin, 145 F.R.D. 339, 348 (S.D.N.Y. 1993)(permitting prisoners to amend complaint to add an ADA claim). The federal regulations issued under the ADA acknowledge this point — by identifying the Department of Justice as the agency that is to implement compliance procedure concerning state and local correctional facilities. 28 C.F.R. § 35,190; There is no dispute that the Rehabilitation Act applies to prisons.

By× /s/ James Lee McKinnon
James Lee McKinnon pro se
900 Highland Avenue
Cheshire Connecticut
06410

5. To take advantage of the ADA, you must be a "qualified individual with a disability."

6. This definition is comparable to the definition of handicap under the Rehabilitation Act. please see; 29 U.S.C. § 706(7)(B).

7. So Rehabilitation Act case law on this point will be very relevant in ADA cases. Under the Rehabilitation Act, people with infectious diseases are considered handicapped; please see; School Bd. of Nassau County v. Arline, 480 U.S. 273, 282-86, 107 S. CT. 1123 (1987). plaintiff has a disease liver which is hepatitis "C" inflammation of the liver.

8. also this category includes inmates infected with the (human immunodeficiency virus,). please see; Harris v. Thigpen, 941 F.2d at 1522-24; Casey v. Lewis, 773 F.Supp. at 1370-72. plaintiff also has this virus.

9. Congress intended the ADA to cover such persons as well. please see; S. Rep. no. 116, 101 st Cong; 2d Sess., pt. 3, 28 (1990), cited in Burgdorf, The Americans with disabilites Act: Analysis and Implications of a Second-Generation Civil Rights Statute, 26 Harvard Civil Right-Civil Liberties Law Review 413, 447 n. 175 (1991).

By x /s/ James Lee McKinnon
James Lee McKinnon prose
900 Highland Avenue
Cheshire CT 06410

10. DefendaT's' are in The individual CapaciTy and don'T qualify for The Counsel ThaT's provided; plainTiff opposed To The defendaT's reason for requesT for Counsel; plainTiff has no objecTion considered defendaTs have a DisabiliTy To qualify and noT JusT Take advantage of courT procedure's.

11. The defendaTs opposed The plainTiff need To Amended ComplainT ThaT was noT included.

12. plainTiff moTion was noT properly SubmiTTed SepTember 17, 2003 iT failed To have Amend aTTach To proposal; aT This Time iT's SubmiTTed To Add an ADA claim.

By /s/ James Lee McKinnon
James Lee McKinnon prose
900 Highland Avenue
cheshire ConneTicuT
06410

## Certification

I hereby certify that the foregoing motion was mailed to the following on this 30,th day of October 2003

### Defendants Attorney

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford, CT, 06105

Defendants
Thomas Hunt, Etal
John Lahda
"Individual Capacity"

By: *James Lee McKinnon*
James Lee McKinnon Prose
900 Highland Avenue
Cheshire, Connecticut
06410