FILED

2003 NOV 17 P 12: 22

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | NOVEMBER 14, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants, Thomas Hunt, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including December 19, 2003, within which to respond to plaintiff's pleading entitled "First Amended Complint Plaintiff has attached Motion to amend Complaint to add ADA Claim Rule 28, CFR § 35.190; Also To Amendment the Short § concise statement of material facts federal Rule 15 (a)(b)" dated October 30, 2003.

The additional time is needed to research and produce the response.

This is defendants' first request with respect to this time limitation. The pro se plaintiff inmate could not be contacted in advance of this mailing to ascertain his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to and including December 19, 2003, within which to respond to plaintiff's October 30, 2003 pleading.

DEFENDANTS,
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of November, 2003:

James McKinnon, Inmate No. 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

*[signature]*
Robert F. Vacchelli
Assistant Attorney General

2