FILED
2003 NOV 24 P 3:29
US DISTRICT COURT
BRIDGEPORT CT

United States District Court

District of Connecticut

James McKinnon case, 3:02 cv 2317(JCH)(HBF)
100770
plaintiff

November 18, 2003

v.

[illegible]

Defendants [illegible]

Amended
Plaintiff's memorandum to oppose Defendants memorandum response dated October [illegible] [illegible]

[illegible]

1. Plaintiff James McKinnon [illegible] moves this court with Exhibits that's pursuant To Rule 37 [illegible] Rule 26 [illegible] in response To a request for inspection submitted under Rule 34 Defendants fail to respond

By James McKinnon
James McKinnon
400 Highland ave.
Cheshire [illegible]

United States District Court

District of Connecticut

Amended

Civil Rights Complaint

James McKinnon [illegible] (JCH) [illegible]

[illegible]

V.

[illegible]

[illegible]

[illegible]

1. [illegible]

Cheshire [illegible]

2. [illegible]

By [illegible]
James McKinnon [illegible]
900 Highland Ave [illegible]
Cheshire CT 06410

and who is employed [illegible] unit Manager at garner mental Health units G and H

AT The Time of claims alleged in this complaint arose was this defendant acting under color of State law yes, plaintiff briefly explain.

The defendant [illegible] the State police on plaintiff for Sexual Assault [illegible] ment [illegible]

[illegible]

AT The Time the claims alleged [illegible] arose [illegible]

[illegible]

[illegible] defendant [illegible] said I have [illegible] for Sexual Assault [illegible]

[illegible]
Cheshire CT

**Claim II:** For one week and Two day's That's From 10-29-02 To, 11-4,02 [illegible] 5 Inmate was [illegible] in my cell [illegible] Bocco Forcere [illegible] and That he [illegible] Sexual [illegible]

**Supporting Facts:** [illegible] call up the State police [illegible] officer [illegible] for Sexual Assault [illegible] Inmate [illegible] and [illegible]

**Claim III:**

**Supporting Facts:** [illegible]

Exhibit [illegible]

Exhibit "A" James McK[illegible]

13

ATTACHMENT B

CONNECTICUTE DEPARTMENT OF CORRECTION
INMATE REQUEST FORM

Facility/Unit: Garner Correctional Institution/ cell # 615 Date: 11/6/02

Inmate Name: James C. McKinnon Number: 100-770

Request: Miss, Dilworth Counselor I have a Disciplinary For Sexual misconduct and This incident is not True. The officer Statement Said The Samething! I'd like a copy of his Statement, and The copy of a Statement From Mr, Scott Hart #26229.

I'll come up with The one from when Thomas Hunt call'd The State police up having To have him Say I Sexual Assau[lt] him, Then it chang in The interview with The police.

C.C.

Submit to:

Date Received: 11/6/02

Acted on by:

Action Taken and/or Response: there is no paperwork to provide you with currently since the investigation is pending - the DR officer will provide you with paperwork

Date of Response to inmate: 11/7/02

Signature of Staff Member: [signature]

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
1111 Country Club Road
P.O. Box 2794
Middletown, CT 06457-9294

February 7, 2003

James Lee McKinnon
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

**RE: Freedom of Information Act Request**

Dear Mr. McKinnon:

In response to your request, copies of witness statements are exempt from disclosure. Under the Freedom of Information Act your request for a copy of this statement cannot be released.

Very truly yours,

Sergeant Alaric J. Fox
Commissioner's Staff

es
03-061



Exhibit (C) [handwritten, partly illegible]

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
1111 Country Club Road
P.O. Box 2794
Middletown, CT 06457-9294

March 18, 2003

James Lee McKinnon #1007700
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

RE: **Your Freedom Of Information Act Request**

Dear Mr. McKinnon:

Your February 18, 2003 request for information has been referred to this office for review and response and will be processed in accordance with the provisions of the Freedom of Information Act and any other applicable provisions of the law.

Pursuant to statute, you may be charged with a fee for an item or service in connection with your request.

Please reference the file number indicated below on all communications to this agency to ensure timely processing of your request.

You will be notified as soon as possible of the results of our review as well as any fees that may be due.

Very truly yours,

Dawn Hellier, Esq.
Legal Advisor

DH:res
File No. 03-110



# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
1111 Country Club Road
P.O. Box 2794
Middletown, CT 06457-9294

March 18, 2003

James Lee McKinnon #1007700
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

RE: **Your Freedom Of Information Act Request**

Dear Mr. McKinnon:

Your February 18, 2003 request for information has been referred to this office for review and response and will be processed in accordance with the provisions of the Freedom of Information Act and any other applicable provisions of the law.

Pursuant to statute, you may be charged with a fee for an item or service in connection with your request.

Please reference the file number indicated below on all communications to this agency to ensure timely processing of your request.

You will be notified as soon as possible of the results of our review as well as any fees that may be due.

Very truly yours,

Dawn Hellier, Esq.
Legal Advisor

DH:res
File No. 03-110



Exhibit D

# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
1111 Country Club Road
P.O. Box 2794
Middletown , CT 06457-9294

March 25, 2002

James Lee McKinnon #1007700
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

RE: **Your Freedom of Information Act Request**

Dear Mr. McKinnon:

Please be advised that upon review of your request, it has been determined that the information you seek is not subject to disclosure pursuant to Connecticut General Statutes section 1-210(b)(3)(B).

Should you have any questions, please contact me at (860) 685-8000.

Very truly yours,

**Dawn Hellier, Esq.**
**Legal Advisor**

**DH:res**
**File No. 03-110**

3. I have exhausted available administrative remedies. ✓ Yes ____ No.
If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
If your answer is "No," briefly explain why administrative remedies were not exhausted.

with Grievance form A [illegible] 2 [illegible] appeal the Level (2) grievance [illegible] was Rejected [illegible] is not [illegible] to exhaust remedies before suing Title 2 of the American [illegible] with Disabilities Act. Noland V. [illegible] 835 F Supp. 476, 482 (N.D. Ind 1983)

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
If you are not incarcerated, go to section G.

a. Parties to previous lawsuit:

Plaintiff(s):________________________________

Defendant(s):________________________________

b. Name and location of court and docket number ________________________

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit:________________________

e. Approximate date of disposition: ________________________

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

# Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 18 Day of november, 2003,

[illegible]

Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
Federal Bar No. CT 05222
110 Sherman Street
Hartford Connecticut
[illegible]

By [signature]
James M[illegible] pro se
900 Highland Avenue
cheshire CT [illegible]

Miss Mary E. Larson
Deputy Clerk
U.S. Court House
915 Lafayette Boulevard
Bridgeport CT 06604