United States District Court
District of Connecticut

FILED
2003 DEC -1 P 5:35
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon       Case 3:02cv2317(JCH)(HBF)
    166770                November, 21, 2003
    Plaintiff

v.

Thomas Hunt, Et al
John LaHDa
Defendants Individual Capacity

Plaintiff Opposed Defendants
Motion Dated November, 14, 2003
For Extension of Time, Also
Defendants has not Respond To
Rule 37.2.(a), Rule 26(a), Inspection
of Documents Submitted under
Rule 34,

1. Plaintiff's James McKinnon pro se Request that
This Honorble court To denied The defendants motion
For Extension of Time Dated 11-14-2003 defendants
Knew ware The plaintiffs was at all the Time!
To contact him There was —

By: James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

- No problem contacting the plaintiffs knowing that he always have been incarcerated within the Connecticut Department of Correction.

So the defendants could have contacted the plaintiff way in advance to determine the plaintiffs position with respects to his request.

2. The defendants motion is attempt to stall for time as to give no legal information as to plaintiff request for Discovery and Inspection of documents [illegible]

3. [illegible paragraph, partially visible, mentions "challenge" and "November"]

4. From the plaintiff record dated July [illegible] the defendant [illegible] was granted for extension of time [illegible] plaintiff [illegible] extension of time [illegible]

By James McK[illegible]
James McK[illegible]
[illegible address]
[illegible], CT [illegible]

5. From the plaintiff record dated September 26, 2003 Defendant motion for extension of time request for 30 day, something said is because pro se plaintiff could not be contacted in advance, that motion was granted.

6. From the plaintiff record also Defendant motion dated November 13, 2003 for extension of time request asking time because said that plaintiff could not be contacted this is frivolous.

7. ... it would be ... ed if relevant to the ... King v. Georgia ... F.R.C. 15(h)(h) Cir. 1970 the rule ... of the ... is done ... in point Supra ... To rule 37.b is evasive of ... e for the purpose of Subdivision on evasive or incomplete ... is to be treated as a failure to disclose.

## Conclusion

Wherefore the court should grant plaintiff motion to compel discovery include and order to pay the amount of reasonable expenses incurred because of the motion and Attorney fees in the amount of 1,200.00 Dollars

By James McKinnon
James McKinnon pro se
400 Highland Avenue
Cheshire CT 06410

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 21 Day of November, 2003

[illegible]
D[illegible]

[illegible]
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

M[illegible] Mary E. [illegible]
Deputy Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport CT 06604

by James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410