UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES McKINNON : | |
| : | PRISONER |
| v. : | Case No. 3:02CV2317(JCH)(HBF) |
| : | |
| JOHN LAHDA, et al. : | |

RULING AND ORDER

Defendants' Motion for Extension of Time [**doc. #34**] is **GRANTED.**

**SO ORDERED.**

Entered this 2nd day of December, 2003, at Bridgeport, Connecticut.

```
               /s/
         HOLLY B. FITZSIMMONS
         UNITED  STATES MAGISTRATE JUDGE
```