FILED

2003 DEC -3  P 12: 15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | DECEMBER 2, 2003 |

### REPLY TO PLAINTIFF'S MEMORANDUM DATED OCTOBER 31, 2003 CONCERNING DISCOVERY AND INSPECTION

By pleading dated October 31, 2003 titled "Plaintiffs' Opposed to Defendants' Memorandum Response Dated October 27, 2003 for Discovery and Inspection of Documents" the plaintiff in the above case asks the court to order the defendants to disclose unspecified records to him, alleging that defendants failed to respond to his motion for inspection dated August 14, 2003. We urge the court to deny the request because:

1. The undersigned has never received any discovery request dated August 14, 2003 from plaintiff in this matter. The only discovery request made in this case known to the undersigned is one dated September 12, 2003 titled "Motion for Discovery and Inspection" to which the defendants timely opposed in their Memorandum in Response to Plaintiff's Motion for Discovery and Inspection on October 27, 2003.

2. Plaintiff does not supply a copy of his August 14, 2003 discovery request, or otherwise specify what it requested, as required by Local Rule 5(e)(2).

3. If plaintiff seeks the same material as is the subject of his September 12, 2003 Motion for Discovery and Inspection, defendants oppose it for the same reasons expressed in the October 27, 2003 memo in opposition to that request.

4. To whatever extent this same pleading is intended to contain a request for admissions, the defendants object inasmuch as they are not formatted, posed or supplied in any intelligible form and are not issued as required by Rule 36, F.R.Civ.P and are not calculated to lead to the discovery of admissible evidence, except that defendants admit that plaintiff is an inmate of the Connecticut Department of Correction. Alternatively, and in all other respects, any requests for admission deemed to be issued are denied.

Wherefore, we urge the Court to deny the discovery request.

DEFENDANTS,
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of December, 2003:

James McKinnon, Inmate No. 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                                             _____
                                                             Robert F. Vacchelli
                                                             Assistant Attorney General