United States District Court
District of Connecticut

James McKinnon          Case 3:02CV2317(JCH)(HBF)
   100 770
Plaintiff
                        December 23, 2003
V.

Thomas Hunt, Et al
John LaHDa
Defendants    Individual Capacity

Plaintiff motion to amend Complaint to add Exhibit's for ADA Claim, also to Amendment the Short & Concise Statement of material facts federal Rule 28 C.F.R. § 35.190, also federal Rule 15 (a)(b).

1. Plaintiff James McKinnon prose Respectfully Requests that under this short concise statement be amended to the material facts that was respectfully submitted with the forth going Amended Compliant Exhibits of supporting facts.

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153 East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 23 day of December, 2003

cc "Individual Capacity" Defendants

Thomas Hunt, etal
John Lahda

Robert F. Vacchelli
Assistant Attorney general
Office of the Attorney general
Federal Bar No. CT; 05222
110, Sherman Street
Hartford, CT 06105

By: James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1153- East-Street- South
Suffield Connecticut
06078