United States District Court
District of Connecticut

James McKinnon          Case 3:02cv2317(JCH)(HBF)
100-770
Plaintiff
                        December 23, 2003
V.

Thomas Hunt; ETal
John LaHDa
Defendants    Individual Capacity

Plaintiff Opposed To Defendants'
Appointment of Counsel with motion
To Dismiss Assistant Attorne-General

1. Plaintiff James McKinnon pro,se Respectfully moves this court for immediate relef in the form of an injunnction barring the defendants from using the Assistant Attorne general for appointment of Counsel; Reason Counsel is in violation defendants' are in Individual Capacity it's on U.S. Marshal Service forms and Counsel is not obligated or Qualified To appear as the Defendant's counsel

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception-unit
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendant's attorney of record this 23 Day of December, 2003

"Individual Capacity"
Defendants:
Thomas Hunt; ETaL
John Lahda

Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
Federal Bar No. CT; 05222
110, Sherman Street
Hartford, CT 06105

By: *James Lee McKinnon*
James Lee McKinnon, pro se
Walker Reception Unit
1153- East Street-South
Suffield Connecticut
06078