FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 12  P 4: 14

US DISTRICT COURT
BRIDGEPORT CT

PRISONER

| | | |
|---|---|---|
| JAMES MCKINNON | : | CIVIL NO. 3:02CV2317 (JCH) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | JANUARY 9, 2004 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION ENTITLED PLAINTIFF OPPOSED TO DEFENDANTS' APPOINTMENT OF COUNSEL WITH MOTION TO DISMISS ASSISTANT ATTORNEY GENERAL DATED DECEMBER 23, 2003

The defendants, Thomas Hunt, et al., by and through their undersigned counsel, hereby opposed plaintiff's pleading dated December 23, 2003 entitled Plaintiff Opposed to Defendants' Appointment of counsel with Motion to Dismiss Assistant Attorney General.

The thrust of this pleading seems to be a request by the pro se inmate plaintiff that the Office of the Attorney General be prohibited from representing the defendant state correction officials because they are sued in their individual capacities and "counsel is not obligated or qualified to appear as the Defendant's counsel." Plaintiff's pleading, p. 1.

We urge the court to deny the Motion. This office is required by law to represent state officials. Conn. Gen. Stat. § 3-125. And this office represents such officials sued individually when it is appropriate to do so. Conn. Gen. Stat. § 5-141d(b). In the instant case, the defendants properly discharged their duties and committed no wrong against plaintiff. It is, therefore, appropriate to represent them.

Wherefore, we urge the court to deny the plaintiff's motion.

DEFENDANTS
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of January, 2004:

James McKinnon # 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2