United States District Court
District of Connecticut

FILED
2004 JAN 21 P 4:17
US DISTRICT COURT
BRIDGEPORT

JAN 21 2004

James McKinnon        Case 3:02cv2317(JCH)(HBF)
100770
Plaintiff
                                January 11, 2004
V.

Thomas Hunt, Etal
John Lahda
Defendants' Individual Capacity

Plaintiff Opposed To Defendants Request for production and Interrogatories Dated January 7, 2004, with motion to Dismiss Assistant Attorney General as Counsel; not Qualified or Obligated To appear.

1. Plaintiff James McKinnon prose Respectfully moves the court For immediate relief in the Form of an injunction barring the defendants from using the Assistant Attorney general for appointment of Counsel it's a violation, the Defendants requested 30 day's to choose a attorney it was granted; the defendants has not assigned the order.

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153- East Street South
Suffield, CT 06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 11 Day of January, 2004

Defendants' Individal Capacity

Thomas Hunt; ETaL
John LaHda
Attorney
Robert F. Vacchelli
Assistat Attorney General
office of The Attorney General
Federal Bar no. Connecticut. 05222
110, Sherman Street
Hartford, CT 06105

Byx James McKinnon
James McKinnon prose
Walker Reception
1153-East Street South
Suffield CT
06078