FILED

2004 JAN 26  P 12: 15

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2317 (JCH) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | JANUARY 23, 2004 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION ENTITLED PLAINTIFF OPPOSED TO DEFENDANTS REQUEST FOR PRODUCTION AND INTERROGATORIES DATED JANUARY 7, 2004, WITH MOTION TO DISMISS ASSISTANT ATTORNEY GENERAL AS COUNSEL; NOT QUALIFIED OR OBLIGATED TO APPEAR DATED JANUARY 11, 2004

The defendants, Thomas Hunt, et al., by and through their undersigned counsel, hereby opposed plaintiff's pleading dated January 11, 2004 and entitled Plaintiff Opposed to Defendants Request for Production and Interrogatories dated January 7, 2004, with Motion to Dismiss Assistant Attorney General as Counsel; not qualified or Obligated to Appear.

The thrust of this pleading seems to be a second request by the pro se inmate plaintiff for an injunction barring the Office of the Attorney General from representing the defendant correctional officials in this case because "it's a violation." Plaintiff's pleading, p. 1.

We urge the court to deny the Motion. This office is required by law to represent state officials. Conn. Gen. Stat. § 3-125. And this office represents such officials sued individually when it is appropriate to do so. Conn. Gen. Stat. § 5-141d(b). In the instant case, the defendants properly discharged their duties and committed no wrong against plaintiff. It is, therefore, appropriate to represent them.

Wherefore, we urge the court to deny the plaintiff's motion.

DEFENDANTS
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of January, 2004:

James McKinnon # 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General

2