UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02CV2317(JCH)(HBF) |
| | : | |
| THOMAS HUNT, et al. | : | |

RULING AND ORDER

Plaintiff asks the court to order the Office of the Attorney General to terminate their representation of the defendants. He argues that representation by the Attorney General is inappropriate because he has named the defendants in their individual capacities.

In response, the defendants contend that representation of state employees is required pursuant to Connecticut General Statutes §§ 3-125 & 5-141(b), unless certain conditions, not present in this case, are met.

The decision to represent the defendants is properly made by the Office of the Attorney General, not by the court. Accordingly, plaintiff's motion [**doc. #41**] is **DENIED**.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE