UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES McKINNON                  :
                                :           PRISONER
     v.                         :    Case No. 3:02CV2317(JCH)(HBF)
                                :
THOMAS HUNT, et al.             :

RULING AND ORDER

Plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel, see, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989), and requires that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

Plaintiff does not indicate that he has made any attempts to obtain legal assistance or representation on his own. Thus, this motion is premature. Plaintiff's motion for appointment of counsel [**doc. #26**] is **DENIED** without prejudice. Any renewal of this motion shall include specific information identifying the attorneys or legal assistance organizations contacted, the dates

of contact and the reasons why assistance was declined.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

```
                              /s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```