UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON          :
                        :         PRISONER
    v.                  :    Case No. 3:02CV2317(JCH)(HBF)
                        :
THOMAS HUNT, et al.     :

RULING AND ORDER

Pending are two motions to amend filed by plaintiff. In each motion, plaintiff seeks leave to file a second amended complaint to add an ADA claim and to amend his statement of material facts  The facts contained in plaintiff's proposed second amended complaint are not significantly different from those contained in the original complaint. Further, plaintiff has not alleged facts to support a claim under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.

Although leave to amend should be "freely given when justice requires," see Fed. R. Civ. P. 15(a), the court concludes that the proposed second amended complaint does not alter the claims remaining in this action. Accordingly, plaintiff's motions for leave to file a second amended complaint [**doc. ## 32, 40**] are **DENIED**.

   **SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

                              /s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE