UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>NO. 3:02CV2317(JCH) |
| | : | |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | JANUARY     , 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Thomas Hunt, et al., by and through their undersigned counsel and pursuant to Rule 56, F. R. Civ. P., respectfully move the Court to render summary judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law because:

1. The Eleventh Amendment bars this action against the defendants in their official capacities.

2. The State is not a "person" subject to liability under 42 U.S.C. § 1983.

3. Plaintiff's request for injunctive relief is moot.

4. Plaintiff has failed to exhaust his prison administrative remedies.

5. Plaintiff cannot sue for constitutional violations allegedly suffered because he has not alleged or shown physical injury as required by the Prison Litigation Reform Act.

6. Plaintiff has failed to state a claim upon which relief can be granted.

7. The defendants are protected by their qualified immunity.

**ORAL ARGUMENT NOT REQUESTED**

In support thereof, the defendants submit the attached Statement of Material Facts, Affidavits and Exhibits.

        DEFENDANTS
        Thomas Hunt, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05222
        E-Mail:  robert.vacchelli@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____
Robert F. Vacchelli
Assistant Attorney General