UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2317 (JCH) |
| v. | : |  |
| THOMAS HUNT, ET AL. | : | JANUARY     2004 |

## AFFIDAVIT OF UNIT MANAGER THOMAS HUNT

State of Connecticut    )
                        ) ss: Cheshire          January ____, 2004
County of New Haven    )

The undersigned, Unit Manager Thomas Hunt, being duly sworn, deposes and says:

1. I am an employed by the Connecticut Department of Correction as a Unit Manager at the Webster Correctional Institution in Cheshire, Connecticut. At the times referenced in plaintiff's Complaint, I was a Unit Manager at the Garner Correctional Institution in Newtown, Connecticut.

2. As a former Unit Manager at Garner, I am familiar with the events in this case alleged by the plaintiff from my review of the records in the case, from my observations of the plaintiff, from time to time, when he was incarcerated at Garner, and from my personal contact with the plaintiff from time to time at Garner.

3. At Garner, I was the Unit Manager of G Unit and H Units. Both units are mental health units available for inmates who hold classification of Mental Health 4 indicating that they had mental health issues often requiring treatment or medication, and who had behavior which

would often put them or others at risk of injury if housed with other general population inmates without such characteristics.

  4. Plaintiff had a classification of Mental Health 4 at all times relevant to this case.

  5. G Unit and H Units are physically constructed and laid out similarly to the general population units at Garner.

  6. G Unit and H Unit inmates are eligible for the same programs as inmates in general population, and they have the same amount of recreation time. Housing in G or H Unit does not affect their parole eligibility or sentencing. Inmates in G and H Unit receive the same inmate handbook as general population inmates. A sample program schedule for both units are attached in Exhibit G.

  7. H Unit is used for Mental Health 4 inmates who have profiles which indicate that they must be separated from one or more other inmates in G Unit or elsewhere due to risk of assault or other retaliation.

  8. To protect inmates in H Unit from risk of assault or attack, H Unit inmates must have personal escorts whenever they leave the unit. Also, more programs and work assignments are conducted in H Unit, except school. In this way, H Unit is different from G Unit. G Unit inmates are not under personal escort when they leave the unit and they attend more programs and work assignments outside the unit. The need for personal escort and extra security could be prescribed for any inmate at any time during his or her incarceration if necessary for security.

  9. Plaintiff was housed in H Unit starting December 4, 2002 because of his profile with two other inmates in G Unit. Garner has no record showing plaintiff's housing anywhere other than H Unit between December 4, 2002 until the time he left the facility for Cheshire

Correctional Institution on February 25, 2003. He had the same profile during that time period. Consequently, I believe that plaintiff was in H Unit from December 4, 2002 to February 25, 2003.

    10. Assignment to H Unit is not a punishment. It gives greater protection and security for inmates who need it because of personal conflicts with other inmates in G Block.

    11. Inmates in H Unit have more recreation time and more access to programs and more socialization with other inmates than inmates in restrictive housing units. They have more privileges than inmates in protective custody status at other prisons.

    Dated at Cheshire, Connecticut, this _____ day of _____, 2004.

_____
Unit Manager Thomas Hunt

    Subscribed and sworn to before me this _____ day of _____, 2004.

_____
Notary Public / Commissioner of Superior Court

3

            DEFENDANTS
            Thomas Hunt, et al.

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

BY: _____
   Robert F. Vacchelli
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Federal Bar #ct05222
   E-Mail:  robert.vacchelli@po.state.ct.us
   Tel.: (860) 808-5450
   Fax: (860) 808-5591

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed to the following on this \_\_\_\_ day of January, 2004:

  James McKinnon, Inmate No. 100770
  MacDougall-Walker Correctional Institution
  1153 East Street South
  Suffield, CT  06080

            _____
            Robert F. Vacchelli
            Assistant Attorney General