UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2317 (JCH) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | JANUARY ____ 2004 |

## AFFIDAVIT OF COUNSELOR DON HEBERT

State of Connecticut   )
                       ) ss:  Newtown          January ____, 2004
County of Fairfield    )

The undersigned, Counselor Don Hebert, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction as a Counselor and I am the Grievance Coordinator for the Garner Correctional Institution.

2. As Grievance Coordinator, I am familiar with the facility rules and practices concerning grievances, and the records of inmates concerning custody grievances.

3. In 2002 and 2003, the Garner Correctional Institution had rules in place affording inmates an administrative remedy for complaints about conditions of their confinement and the actions of officers in DOC Directive 9.6, Inmate Grievances. A copy of that directive is attached hereto in Exhibit H.

4. At the request of the Office of the Attorney General, I reviewed the records of the Garner Correctional Institution to determine if Inmate James McKinnon, No. 100770, filed any grievances concerning the subjects in his above entitled lawsuit.

5.  A copy of Mr. McKinnon's grievances and Disciplinary Report challenges in the pertinent time frame are attached in Exhibit I.

Dated at Newtown, Connecticut, this _____ day of January, 2004.

_____
Counselor Don Hebert

Subscribed and sworn to before me this _____ day of January, 2004.

_____
Notary Public / Commissioner of Superior Court

                                                DEFENDANTS
                                                Thomas Hunt, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL


BY:     _____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct05222
        E-Mail: robert.vacchelli@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080


_____
Robert F. Vacchelli
Assistant Attorney General