UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2317 (JCH) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | JANUARY    2004 |

### AFFIDAVIT OF MAJOR JOHN LAHDA

State of Connecticut    )
                        ) ss: Hartford        January ____, 2004
County of Hartford      )

The undersigned, Major John Lahda, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction as a Major at the Garner Correctional Institution in Newtown, Connecticut, and was so employed at all times mentioned in the plaintiff's complaint.

2. As a Major at Garner, I am familiar with the events in this case alleged by the plaintiff from my review of the records in the case and from my observations of the plaintiff, from time to time, when he was incarcerated at Garner, and as a senior supervisor of other officers at the facility.

3. Plaintiff was a sentenced inmate in November 2002 to February 2003 when he was at Garner, serving a 13 year sentence for Robbery in the First Degree, Burglary in the Third Degree and Unlawful Restraint in the First Degree. See Mittimus, Exhibit A.

4.  In November, 2002, plaintiff was classified as Mental Health Level 4 indicating that he had mental health issues making him appropriate for housing in our mental health units designated as G Unit or H Unit. Plaintiff, immediately prior to the events alleged in this case, was housed in G Unit.

5.  Assignment to these mental health units, as opposed to restrictive housing units, is in the discretion of the Warden and his custody staff and is based on the professional assessments and judgment of the mental health staff and classification committee. No DOC Directives or other written rules govern assignment to the mental health units and there are no Directives or rules providing for notice or hearing before assignment or transfer in or out of these units.

6.  On November 4, 2002, plaintiff was transferred to a restrictive housing unit (F Unit) due to the fact that he received a Disciplinary Report alleging that he had sexually assaulted another inmate, based on the complaint of that other inmate. See Restrictive Housing Order, Attachment B. Placement in his unit was pursuant to, and in compliance with, notice and hearing procedures required by DOC Directive 9.4, Attachment C.

7.  On November 18, 2002 plaintiff was moved to another part of the restrictive housing unit to participate in an Intensive Mental Health Unit Phase I program, and on November 25, 2002 returned to his original restrictive housing unit assignment based on events unrelated to this case. Both locations are in F Unit. See Restrictive Housing Unit Orders, Exhibit B.

8.  Plaintiff received notice and a hearing on the Disciplinary Report and he was found not guilty on November 26, 2002 based on the hearing officer's finding that no staff witnessed the event, and lack of credibility of the inmate complainant. Disciplinary Report, Attachment D. The hearing procedure was pursuant to and required by DOC Directive 9.5, Exhibit E.

9. On December 4, 2002, plaintiff was removed from restrictive housing and transferred to H Unit. See Restrictive Housing Order, Exhibit B.

10. Plaintiff was not returned to G Unit because, by this time, G Unit housed the inmate who had complained against plaintiff, and it contained another inmate with whom plaintiff had a fight. This information was recorded on plaintiff's "profile screen" warning staff against housing plaintiff with these individuals as an altercation or assault would be likely. It was in the interest of safety and security of the facility, inmates and staff that plaintiff was not returned to G Unit; not to punish plaintiff. Since he was still classified as Mental Health 4, he was placed in the other mental health unit, H Unit.

11. No additional records could be found tracing plaintiff's housing after December 4, 2002, consequently, it is most likely that plaintiff remained in H Unit until his transfer to Cheshire Correctional Institution, which occurred on February 25, 2003. Movement Records, Exhibit F.

Dated at Hartford, Connecticut, this _____ day of January, 2004.

_____
Major John Lahda

Subscribed and sworn to before me this _____ day of January, 2004.

_____
Notary Public / Commissioner of Superior Court

DEFENDANTS
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____
Robert F. Vacchelli
Assistant Attorney General

4