United States District Court

District of Connecticut

FILED
2004 JAN 27 P 4:16
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon   Case no. 3:02cv2317(JCH)(HBF)
100770
Plaintiff

January 19, 2004

V.

Thomas Hunt, Et Al.
John LaHDa

Defendants Individual Capacity

Plaintiff motion to object to Defendant Reply Dated January 9, 2004, To Plaintiff Memorandum Dated December 23, 2003, with Support of motion to compel Discovry Request.

1. Plaintiff James McKinnon prose Respectfully moves the Court to denie the Defendants request Dated January 9, 2004 To Plaintiff Discovry Request Dated August 14, 2003

By: /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153 East Street South
Suffield Connecticut
06078

2. PlainTiff have filed 1983 civil rights law suit against the defendants' plaintiff contend that the facts are so over wheming in support of the allegations which he motion to compel.

3. PlainTiff filed this complaint on defendants' is reason of the inspection dated august 14, 2003, with motion to compel, dated December 23, 2003

4. Reason for request plaintiff need statement from 11-4-02 taken by state police in wich plaintiff was falsely accused and taken to segregation for sexual assault,

5. Also plaintiff understand that the court will never weigh the evidence, weigh the evidence or find the facts; however with this copy of the statement it could show defendats "Badgered Inmate mr. Scott Hart for 7, day's in the same unit with plaintiff in to fileing a false police report, that he was not charge by state police defendats are trying to cover the charge plaintiff went to segregation.

6. This complaint is not reason of housing concerns from segregation.

By: *James Lee McKinnon*
James Lee McKinnon pro se
Walker Recepton Unit
1153- East Street South
Suffield Connecticut
06078

## Certification

I hereby certify That The Foregoing was mailed To The defendant aTTorney of record This 19,th Day of January 2004

"Individual Capacity"

Defendant's

Thomas HunT; ETaL
John LaHDa

aTTorney

RoberT F. Vacchelli
AssisTanT ATTorney general
Federal Bar no cT 05222
110, Sherman sTreeT
HarTford ConnecTicuT
06105

By: /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception uniT
1153 EasT sTreeT SouTh
SuFField cT 06078