United States District Court

FILED 2004 FEB -6 P 2:57

US D...

District of Connecticut

James McKinnon   Case 3:02CV2317(JCH)(HBF)
100 770
Plaintiff
                                February 2, 2004
v.

Thomas Hunt, et al.
"And Others"

Defendants' Individual Capacity

Declaration in Opposition To
Defendants' Motion For Summary
Judgment

1. I am the plaintiff in the above entitled case, I make this declaration in opposition to defendants' motion for summary judgment on my claim concerning 11-4-02 in wich plaintiff was falsely accused and take from the Law Library in hand cuffs for Sexual Assault; Then a Investigator for no reason a continuance of riping my thing's off me as I ask him morales to stop he notified me to just shut up.

By: *James Lee McKinnon*
James Lee McKinnon prose
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078

2. That Same night I was escort in handcuff back to the Lieutenant office the Two State police was on the way out, I was in unit manager miss, Maynard office and I was ask Question's by unit manager Thomas Hunt and Lieutenant Morris.

3. Question one from Defendant Thomas Hunt are you gay, I said I don't Think you should ask me questions like this. Question Two you Sexual Assault mr, Hart on the 29th and you don't admit it I'll call the State-police back and you'll getting 20 years, and it went on, plaintiff said just get me out of here,

4. I was Taken To FoxTroT Segregation cell, 207 That's for Population Inmate's I was mental Health, That night Inmate's was saying out the cell's I'm a rapist and the P.S.W. That a Counselor came and move me to I p m #1, for privacy.

5. 11-5-02 I was moved to I p m #1 cell #618 and it's on Camera Defendant John Lahda said he has me now D-N-A-for Sexual Assault.

6. on 11-5-02 G-unit C-T-O came to I p m #1 cell #618 with plaintiff property inentory, at That Time This officer said to me mr, Scott Hart said he was not clearly violated by me when she ask him; and That he had no contact with me sexual.

By x _James Lee McKinnon_
James Lee McKinnon Prose
MacDougall-Walker unit
1153- East Street South
Suffield Connecticut
06078

7. The defendants are not entitled to summary judgment because there are genuine issues of material fact to be resolved. These issues are identified in the accompanying Statement of Disputed Factual Issues filed by the plaintiff pursuant to Rule 56 of the Local Rules of this district court. The facts are set out in this declaration.

8. Reason for request plaintiff need statement from 11-4-02 taken by state police, the statement could show defendats badgered inmate Scott Hartt for 7 days in the same unit with plaintiff in to fileing a false police report, to keep plaintiff in a segregation unit

9. Also that he was not charge by state police for a false report, it's to cover the charge plaintiff went to segregation for.

10. This complaint is not reason of housing concers plaintiff need the court to understand this.

11. The foregoing factual allegations create a genuine issue of material fact and will, if proved at trial entitle me to judgment, as explained in the brief submitted with this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the the foregoing is true and correct.

By: James Lee McKinnon

James Lee McKinnon Pro se
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 10-27-02 | 10-28-02 | 10-29-02 | 10-30-02 | 10-31-02 | 11-1-02 | 11-2-02 |
|  |  | Questions first by staff | ① | Question by C/O in the unit ② | ③ | ④ |
| 11-3-02 ⑤ I was escort from the library 5:40pm to Lt. office handcuff and move to seg. again 13 days. | 11-4-02 | 11-5-02 I-O-M*cell or major Landa came by and said, I have you now. | 11-6-02 on 11-5-01 the same day is like day. Miss C. TO R. said to me in 1-8m2 that she came to me. | 11-7-02 Mr Scott Hart and he said that he was not violated by me and was not in my cell sexal. Before major John Landa came to me. | 11-8-02 I was move to the segragation side of 1-pm2 cell-7-major Landa came again and said you had your good time in gulf. | 11-9-02 |
| 11-10-02 | 11-11-02 | 11-12-02 D-N-H for Segregation on sexual assault | 11-13-02 | 11-14-02 | 11-15-02 | 11-16-02 |
| 11-17-02 | 11-18-02 Orders For Grievances advocate waiting with Kern Landa, Hart and Deputy and Dept. Sage Ms. | 11-19-02 | 11-20-02 | 11-21-02 | 11-22-02 | 11-23-02 |
| 11-24-02 | 11-25-02 | 11-26-02 I move to Foxtrot my advocate said I'm not in the I-M-H-U program I am. The Disciplinary Bord came this day with out my advocate | 11-27-02 | 11-28-02 | 11-29-02 The Counselor that open my state-ment that legal mail on 05-14-02 again them I sent a came with my mail from the State police on a request with no respons. | 11-30-02 He stop the state-ment that came from Freedom of Information Act. |

By: James Lee McKinnon
James Lee McKinnon
MacDougall Walker Unit
1153 East Street South
Suffield CT 06078

## Certification

I hereby certify that the foregoing was mailed to the defendant Attorney of Record this 2 Day of February 2004,

Defendants Individal Capacity
Thomas Hunt, ETaL
John LahDa
Attorney
Robert F. Vacchelli
Assistant Attorney General
Federal Bar no CT05222
110 Sherman Street
Hartford Connecticut
06105

Byx /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078