UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES McKINNON : | |
| : | PRISONER CASE NO: |
| v. : | 3:02-cv-2317 (JCH)(HBF) |
| : | |
| THOMAS HUNT, ET AL : | FEBRUARY 25, 2004 |

## RULING RE: MOTIONS TO DISMISS
## ATTORNEY GENERAL [DKT NOS. 47 & 48]

On January 23, 2004, the court denied plaintiff's request that the court order the Office of the Attorney General to terminate their representation of the defendants. (See Dkt. No. 50.) Plaintiff now has filed two motions asking the court to dismiss the Office of the Attorney General as counsel for the defendants. (Dkt. Nos. 47 & 48)

As the court stated in its previous ruling, the decision to represent the defendants is properly made by the Office of the Attorney General, not by the court. Representation of state employees is required pursuant to Connecticut General Statutes §§ 3-125 & 5-141(b), unless certain conditions are met. In response to plaintiff's motions, counsel for the defendants states that the Office of the Attorney General has determined that these conditions are not satisfied in this case. Thus, representation of the defendants by the Office of the Attorney General is proper. Plaintiff states no reason why the Office of the Attorney General should not appear for these defendants.

Plaintiff's motions (**Dkt. Nos. 47 & 48**] are hereby **DENIED**.

**SO ORDERED.**

Dated this 25th day of February, 2004, at Bridgeport, Connecticut.

_____
Janet C. Hall
United States District Judge