United States District Court
District of Connecticut

FILED 2004 FEB 23 P 4:29
US [...]

James McKinnon          Case 3:02CV2317(JCH)(HBA)
100 770
 Plaintiff                              February 19, 2004

vs.

Thomas Hunt; Etal
John LaHDa
Defendants          Individual Capacity

Plaintiff Motion for Summary Judgment Fed R. Civ. P 56 F, when Affidavits Are Unavailable by Oppsing party To Defendants motion Dated January 27, 2004.

1. Plaintiff James McKinnon prose in the above caption case make this declaration pursuant to Fed R. Civ. P, 56, F, Should it appear from the affidavits of a party oppsing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition; the court may refuse the application for judgment or may ordea a continuance to permit affidavits to be obtained or may order a Continuance –

By James McKinnon
James McKinnon prose
Walker Reception Unit
1153- East Street South
Suffield CT 06078

— To permit offidavits to be obtained or deposition to be taken "discovery" to be had or may "make such other order as is <u>just</u>".

2. Plaintiff Discovry request dated August 14, 2003.

4. Plaintiff Filed 1983 complaint on defendants reason the inspection request dated August 14, 2003 with motion to compel dated December 23, 2003.

5. Reason request need statement from 11-4-02 Taken by statepolice in wich plaintiff was Falsely accused and Taken to segregation for Sexual Assault.

6. Also plaintiff understand that the court will never weigh the evidence, weigh the evidence or find the Facts, However with this copy of statement it could show defendats Badgered Inmate Scott Hart for 7. day's in the same unit with me in to Fileding a false police report.

7. At this time defendats are trying to cover the charge on plaintiff up, this complaint is not because of a housing violation from Segregation

By x James McKinnon
James Lee McKinnon
Walker Reception unit
1153-East Street South
Soffiedd CT 06078

## Certification

I hereby certify that the foregoing was mailed to the defendant attorney of record this 19, Day of February 2004

Individal Capacity
        Defendants
Thomas Hunt; Et al
John LaHDa
 Robert F. Vacchelli
Assistant Attorney General
Federal Bar no cT 05222
Hartford cT 06105

By: *James Lee McKinnon*
James Lee McKinnon pro se
Walker Reception Unit
1153 East Street South
Suffield CT 06078