United States District Court
District of Connecticut

FILED
2004 MAR -1 P 5:12
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon    no. 3:02CV2317
    vs.
Thomas Hunt, Etal (JCH)(HBF)

February 19, 2004

Statement
Plaintiff Declaration in Opposition To Defendants Motion For Summary Judgment

Plaintiff James McKinnon prose pursuant To Rule 56 (a), 2 F.R.Civ.P. Respectfully the defendants are not entitled To Summary judgmen because There are genuine issues of material Fact To be resolved. These issues are identified in the accompanying Statemet of Disputed Factual Issues filed by The plaintiff pursuant To Rule of the Local Rules of This court.

1. Plaintiff is an inmate of the Connecticut Department of Corr- ection.

By x /s/ James McKi...
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

- MacDougall-Walker Correctional Institution in Suffield, Connecticut; Currently serving a 13 year sentence for Robbery in the First Degree, Burglary in the Third Degree and Unlawful Restraint in the First Degree. Exhibit "A" is Mittimus. Also day plaintiff was move from G-unit to H-unit the morning of December 13, 2001 plaintiff was taken for a court appointement and upon returning; found my personal property was packed up and transferred back to H-unit.

2. Defendant John Lahda, is employed by the Connecticut Department of Correction as a Major at the Garner Correctional Institution in Newtown, Connecticut.

By: *James Lee McKinnon*
James Lee McKinnon prose
MacDougll-Walker
1153-East Street South
Suffield Connecticut
06078

3. Defendant, Thomas Hunt, is employed by the Connecticut Department of Correction as a Unit manager at the Webster Correctional Institition in Cheshire, Connecticut.

4. At the time mentioned in the complaint, he was a Unit Manager at the Garner Correctional mental Health units G-unit H-unit;

5. On November 4-2002 I was removed from Law Library in general population at Garner Correction Taken To the Lieutenat office for hand cuff's placed in 1pm #2 administrative segeegation for mental Health inmates without explanation.

6. Investigator for no reason a continuance of riping my things off me as I ask him to stop because you'r Hurting me morales is on camera, he notified Plaintiff to just shut up.

By *James Lee McKinnon*
James Lee mckinnon prose
macDougall-Walker
1153-East-Street-South
Suffield Connecticut
06078

7. That same night I was escort in handcuff back to the Lieutenant office; as I was on the way in Two state police Investigators was on the way out the office.

8. I was in unit manager mis, Maynard office, plaintiff was ask questions by defendant Thomas Hunt and Lieutenant mr, Morris.

9. Question from defendant Thomas Hunt to plaintiff are you gay, plaintiff said I don't think you should be asking me question's like that, Question Two you Sexual Assaulted Inmate Hart on the 29th and you don't admit it I'll call the state police back and you'll get 20'year's, as it went on, then plaintiff said Just get me out of here.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

10. plainTiff was Taken To F-uniT ThaTs Segregation for general population inmate's cell #207, plainTiff is mental health.

11. ThaT Same nighT Inmate was saying out The cell's loud plainTiff is a rapist and the counselor for mental Health a p-s-w, name Shierice came and ask was I orighT; I said no, Then She ask how come I was in This Segregation, I Said I don'T Know and She move me To privacy I p m$^1$ for mental Health Inmates.

12. On 11-5-02 plainTiff was move To I p m$^{#2}$ cell #618 iT's on Camera Defendant Major John Lahda came and Said To plainTiff I have you now D-N-A for Sexual AssaulT.

By x *James Lee McKinnon*
James Lee McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

13. On 11-5-02 G-unit GT-O officer mis, Rocco came to I p m #2 cell 618 with plaintiff property inentory for plaintiff signature, At this time officer mis, GT-O, Rocco said To plaintiff that she ask Inmate Scott Hart was he violated by plaintiff and that he said he had no contact with plaintiff sexual.

14. Contrar to defendants affidavits during these events I did not resist or threaten the officers in any fashion or break any prison rules. Rather I was on the floor and tried to protect myself from morales riping my things off.

15. The foregoing factual allegations create a genuine issue of material fact and will, if proved at trial, entitle me to Judgment, as explained in the brief submitted with this declaration

Pursuant To 28 U.S.C. §1746 I declare under perjury That the Foregoing is True and correct.

By *[signature]*
James Lee McKinnon
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

Exhibit "A" Disciplinary Process Summary Report Page ① Report #0211026 Date 11-5-02 Has a Hearing date of 11-26-02 C-T-O, Watton chosen Advocate was not available for plaintiff at hearing. Also officer witness not available.

Exhibit "B" Disciplinay Report page ① Plaintiff Denied this acosation took place on 10-29-02 which was 7 days after.

Exhibit "C" Disciplinary Investigator Report - page ① Date 11-15-02 Advacate notified the Hearing officer that Inmate request witness; violation of Doe process.

Exhibit "D" Advocate Investigator Report page ① States Inmate McKinnon witness which IT C/O cuittia was not allowed to attend Hearing

By x/ James Lee McKin[...]
James McKinnon prose
MacDougal-Walker
1153- East Street South
Suffield Connection
06078

Exhibit "A" James McK[...]

# Advocate Investigation Report - Page 1
## Connecticut Department of Correction

CN 0909
Attachment J
1-12-00

Inmate name: McKinnon James
Inmate no.: 180770
Disciplinary report no.: 02-11-026
Report date: 11/05/02
Advocate: Walton
Offense: Sexual Misconduct
Date and time investigation initiated: 11/18/02  1:00 pm

### ACCUSED INMATE INTERVIEW

Inmate states that incident never happened. States c/o Cotton is his witness.

By my signature I acknowledge that I have met with my advocate.

Inmate signature: James Lee McKinnon
Date: 11/18/02

Exhibit PP B99 James McKinnon

# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN 9402
1-10-94

| Unit   Garner C.I. | Report no.   0211026 | | Report date   11/05/02 |
|---|---|---|---|
| Inmate name   MCKINNON, JAMES | | I.D. no.   100770 | Housing   G-118 |
| Investigator   D. MORALES | | | |
| Advocate   WATTON | | Date advocate notified   11/15/02 | |
| ☐ Advocate refused | Inmate signature | | |

### ACCUSED INMATE INTERVIEW

| Inmate informed of process of investigation and hearing | X yes | ☐ no |
|---|---|---|

Inmate's version of incident: **IT DIDN'T HAPPEN THAT'S IT!**

### INMATE WITNESS REQUEST

| Inmate requests witness(es) | yes | X no |
|---|---|---|

| If no, inmate signature | REFUSED TO SIGN |
|---|---|
| Witness name | |
| Nature of testimony: | SEE WRITTEN STATEMENT. |
| Witness name | |
| Nature of testimony | SEE WRITTEN STATEMENT. |
| Witness name | |
| Nature of testimony | SEE WRITTEN STATEMENT. |

# Disciplinary Report – Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit: Garner C. I. | Report date: 5 November, 2002 | Report no. 0211026 |
| Inmate Name: James McKinnon | I.D. no. 100770 | Housing: G-118 |
| Location: G-Block | Incident Date: 11/04/02 | Time: 2:00  ☐ a.m.  ☒ p.m. |
| Charge: Sexual Misconduct | | Class: ☒ A  ☐ B  ☐ C |

**Description of violation:** On the above date and time inmate ████████ #██████ admitted to having Anal Sex with inmate James McKinnon 100770. This act took place on 10/29/02. During questioning inmate McKinnon denied this taking place. But he did give a lot of similarities to inmate ██████ statements.

**Witness(es):**

**Physical evidence:**

| Reporting employee: Thomas Hunt  *[signature]* | Employee requests copy: Yes ☐ No |
|---|---|
| Title: Unit Manager | Date: 5 November, 2002 | Time: 12:00  ☐ a.m.  ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☐ Administrative detention    Date:    Time:  ☐ a.m.  ☐ p.m.
☐ Interview accused         ☐ Informal Disposition

Custody supervisor / unit manager signature: *[signature]*

| Title: LT | Date: 11/5/02 | Time: 1:54  ☐ a.m.  ☒ p.m. |

## INMATE NOTICE

Delivered by: *Rizzi* (8x4)

| Title: Corr. Officer | Date: 11/5/02 | Time: 1:55  ☐ a.m.  ☒ p.m. |



# Disciplinary Report - 2
## Connecticut Department of Correction

CN 9502
6-15-92

Exhibit (9)
James McKim

| Investigator | Receipt date 11-06-02 | Time 8:00 ☒ a.m. ☐ p.m |
|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

### Class A

- Alteration of a specimen
- Arson
- Assault
- Bribery
- Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
- Creating a disturbance
- Destruction of property ($100 & over)
- Escape
- Felonious misconduct
- Fighting
- Flagrant disobedience
- Hostage holding
- Interfering with safety or security
- Intoxication
- Refusal to give a specimen
- Riot (requires Commissioner's declaration)
- Secreting identity
- Security risk group affiliation
- Security tampering
- Self-mutilation
- Sexual misconduct
- Theft ($100 and over)
- Threats
- Violation of program provisions

### Class B

- Bartering
- Causing a disruption
- Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)
- Destruction of property (under $100)
- Disobeying a Direct Order
- Gambling
- Giving False Information
- Insulting language or behavior
- Misdemeanant misconduct
- Out of place
- Public indecency
- Theft (under $100)

### Class C

- Disorderly conduct
- Malingering
- Sanitary/housing violation
- Violation of unit rules

**Waiver of 24-hour notice:** I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature | Date |
|---|---|
| Investigator Signature | Date |

| ☐ Prosecution deferred by disciplinary coordinator | Through date |
|---|---|
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

# Disciplinary Process Summary Report – Page 1
Connecticut Department of Correction

CN 9504
1-10-94

| Unit | Garner C.I. | Report no. | 0211026 | Report date | 11/05/02 | Hearing date | 11/26/02 |
|---|---|---|---|---|---|---|---|
| Inmate name | | MCKINNON, JAMES | | I.D. no. | 100770 | Housing | IPM-2 |
| Reporting employee | | HUNT | | Title | C/S | | |
| Investigator | | D. MORALES | | Advocate | WATTON | | |
| Inmate appearance | ☒ yes ☐ no | | | Reason | | | |

☐ Suspended sentence
☐ Deferred prosecution  No. of days ___  Through ___
☐ Charge dismissed  By ___  Reason ___

Continuances (dates and reasons):
N/A

## SUMMARY

| | Charge / Class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Sex-Mis / A | NG | NG | N/A |
| Substitute | — | — | — | |

☐ Confidential information  Reliability ___

Documentation submitted: ☐ Incident Report  ☐ Medical Incident Report  ☐ Use of Force Report  ☐ Other (specify)

Witness Name: N/A   ☐ Appearance
Testimony:

Witness Name: N/A   ☐ Appearance
Testimony:

Witness Name: N/A   ☐ Appearance
Testimony:

☐ Witness Exclusion  Name  Reason

Physical evidence, written testimony:
CN9503, CN9506, CN9505

# Disciplinary Process Summary Report — Page 2
Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding:**

No staff witnessed the event. Inmate witness not credible —

— Not Guilty finding —

**Basis for sanctions:**

1. AD 9.5
2. Nature of Offense
3. Facility Recommendation

## DISPOSING OFFICER

| | | |
|---|---|---|
| Hearing officer signature | [signed] Meredith Ramsey | Date 11/26/02 |
| Disciplinary coordinator signature | | Date |
| Investigator signature | | Date |

## INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days

| | | |
|---|---|---|
| Delivering officer signature | [signed] | Date 11/26/02 |

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file

# Certification

Plaintiff hereby certify that the foregoing was mailed to the defendant attorney of Record this __19th__ Day of February, 2004 Also to Certify through this attachment this Claim to be True and to my best of my ability.

Defendants Individual Capacity
Thomas Hunt; Etal
John Lahda

Robert F. Vacchelli
Assistant Attorney General
office of the Attorney General
federal Bar no. CT 05222
110, Sherman Street
Hartford Connecticut
    06105

By / *James Lee McKinnon* /
James Lee McKinnon Prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
    06078