United States District Court
District of Connecticut

James McKinnon    no. 3:02CV2317
   vs.
Thomas Hunt; Etal. (JCH)(HBF)

FILED
2004 MAR -1  P 5:12
US DISTRICT COURT
BRIDGEPORT CT

February 19, 2004

Plaintiff's Local Rule 56(a)2 Statement

The Plaintiff; James McKinnon prose pursuant to Local Rule 56,a,2, Rules of the United States District Court for the District of Connecticut; submit the following statement of material facts at to which to contend there is genuine issue to be tried.

1. Plaintiff is an inmate of the Connecticut department of Correction; MacDougall-Walker Correctional Institution in Suffield; Connecticut

By x /s/ James McKinnon
James McKinnon prose
MacDougall-Walker
1153- East Street South
Suffield Connecticut
06078

2. The defendant, Thomas Hunt, is employed by the Connecticut Department of Correction as a Unit Manager at the Webster Correctional Institution in cheshire. Correctional

plaintiff has genuine Answer's in Exhibits At The Times mentioned in the defendants' Affidavit. Also mentioned in the complaint, defendant was a unit manager at Garner Correctional Institution mental Health unit's H-G-F.

3. The defendant John Lahda, is employed by the Connecticut Department of Correction as a Major at the Garner Correctional Institution in Newtown, Connecticut.

plaintiff has genuine Answers in Exhibits Affidavit of James mckinnon plaintiff prose

By x *James McKinnon*
James mckinnon prose
macDougall-Walker
1153-East Street south
Suffield Connecticut
06078

4. This is a § 1983 action filed by a prisoner at macDougall walker Correctional facility seeking damages a judgment relief based on this defendants have filed a motion for Summary judgment at to the plaintiff's claim against defendants Thomas Hunt and John Lahda arguing that their conduct did violate the Constitution.

5. The plaintiff's declaration submitted in response to the defendant's motion states that on december 4, 2002,, plaintiff was not returned to G-unit-I was moved to H-unit on 12-5-02 and clearly this is just like a sanction for the Sexual-Assault charge that was changeover to Sexual misconduct with a disciplinary.

6. plaintiff was 23 days in administrative Segregation I p m#2 for that and found not guilty on 11-26-02 when I was moved to F-unit that's segregation for population inmates.

By x /s/ James McKinnon
James mckinnon prose
macDougall-Walker
1153 East Street South
Suffield Connecticut
06078

7. And I was found not guilty of sexual misconduct but guilty of not moving from I p m #2 mental Health segregation on 11-13-02 To F unit segregation for population Inmate's this was with out my C-T-O, Advocate mr, Watton a violation of my rights also.

8. Then I move'd from F-unit To H-unit iT house mental Health Inmate's that have staff escorts when they leave the unit.

9. This is a game on plaintiff of obuse by defendants major John LaHDa and Thomas Hunt To have me with the people that breach my confideTiality befor of Doe v. meachum. Exhibit "(J)" Also This Time Exhibit " A$"

By x James McKinnon
James McKinnon pro se
macDougall-Walker
1153-East street south
Suffield cT
06078

Exhibit A4

*James McK[signature]*

**Claim II:** _____

_____

_____

**Supporting Facts:**

On the above Date January 28th, 2003 sandy leake P.S.W told MR James McKinnon that he was a "faggot" when she was at the top of the stairs During our Recreation lock up then on January 29, 2003 sandy leake called me in her office and told me she had to get back at him for some unkown Reason then told me MR. Orlando Gonzalez #279429 that I was Dimissed

#279429
*Orlando [signature]*

**Claim III:** _____

_____

_____

**Supporting Facts:**

[notary stamp, largely illegible: Subscribed and Sworn to before me, a Notary Public, in and for County of _____ and State of Connecticut, this ___ day of February 2003. _____ Notary Public. My Commission Expires 5/31/2005.]

4

## Certification

Plaintiff hereby certify that the foregoing was mailed to the defendants attorney of Record this __19th__ Day of February, 2004 Also to Certify through this attachment this claim to be True and to my best of my ability.

Defendants Individual Capacity

Thomas Hunt, ETaL
John LaHDa

---

Robert F. Vacchelli
Assistant Attorney General
office of the Attorney General
Federal Bar. no cT 05222
110, Sherman Street
Hartford Connecticut
                  06105

Byx _James Lee McKinnon_ (signature)
James Lee McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
              06078