United States District
Court
District of Connecticut

FILED

2004 MAR -1 P 5:12

US DISTRICT COURT
BRIDGEPORT CT

James McKinnon    no.3:02cv2317

vs.

Thomas Hunt; Etal (JcH)(HBP)

February 19, 2004

## Plaintiffs Local Rule 56a,2 Statement of Disputd Factual Issues

Defendants haved filed for Summary judgment on the plain- Tiff's claim concerning The use of Force. Pursuant To Local Rule 56(a,2 of this court The plaintiff submits The following list of genine issues Exhibit's of material fact that require The denial of the defendants motion.

1. Worsening more and unreasonable preexisting Tomy life concer is Defen- dant major John Lahda and unit manager Thomas Hunt; Cruel To plai- Tiff exposed now worsening weeks of his cold cell.

By James McKinnon
James McKinnon pro se
MacDougall Walker
4-South

2. I have a difference in my Treatment iT's Substantially important and illegall my example is my Conditions I'm learning ThaT my rights have been violated because based on his intenTional hearing held 05-16-02 Exhibit "A".

3. ConTrol under a intended dangerous person ThaT's defendant John Lahda a official ThaT has overrides plaintiff professionals I'm Doe v. meachum my Supervisor's need To STay with procedure's.

4. On, 05-14-02 I was in F-uniT Cell 15# For 17. day's Cold in Segregation with out a T-ShirT ExhibiT "B" plaintiff request a T-Shirt From defendant uniT manage THomas Hunt, My day To come ouT Segregation C-T-O, migliaro said defendant Major John Lahda Said you'r in The InTensive MenTal Health program and The hearing is Thursday 16, 2002 for That.-

By James Lee McKinnon
James Lee mcKinnon prose
macDougall-Walker
1153-East STreet South
Suffield ConnecTicut
6078

15. Then The Disciplinary bourd came To I p m #2 05-28-02 iTs on The Summary. The Same conTraband TicKeT ExhibiT "G" InvesTigaTion officer Reilly and morales E, also LieuTenaT Ramsey The Hearing officer came To see plainTiff and my avocaTe C/C. Carigan she did have a copy oF The RecpT ThaT I paid For The coffee. IT was mine but when I ask her whaT her name was she would noT Tell plainTiff, when I asked her For my copy of The TicKeT She said ThaT She did noT have iT; and plainTiff gave iT To her To hold. Then They Found me guilTy oF having The Coffee in a PlasTicK Bag. This daTe is noT on Qaper For a Disciplinary hearing.

Byx _James McKinnon_

James McKinnon prose
macDougall-walker uniT
1153-EasT STreeT souTh
Suffield ConnecTicuT
06078

13. after plaintiff Completed that 10 day's
Defendant major John Lahda moved me
To I o m #2 Then I ask my counselor
To give me a Disciplinary histry
paper, I did not say it was because
Defendant Lahda was having a metting
and Trying To make me chronic
Discipline status. at the time plaintiff
was found guilty of Two Tickets at the
Time.

14. plaintiff had a Contraband Ticket
For having the Coffee in my properity
That I had not yet went To the disciplinary
bound for when I received the
paper of my disciplinary Histry I
Then noticed the Ticket For Contraband
Segregation Time had all ready started
on - 05-15-02 I moved that day from
Segregation, it stop on the 05-24-02.

James McKinnon

Byx James McKinnon prose
MacDougall walker
1153- East Street South
Suffield Connecticut
06078

9. Time To discusses The fourTeenTh
Amendment was To The Commissioner
ExhibiT "D" mr, John J. ArmsTrong
Due process.

10. plainTiff was in SegregaTion
F-uniT on 04-28-02 ExhibiT "E"
plainTiff plea guilTy To assaulT in
fox-uniT ThaT was 7. day SegregaTion.

11. plainTiff was charge wiTh insulT
Lang plainTiff plea noT guilTy LieuTenaT
Ramsey find me guilTy 10. day's
SegregaTion; ThaT was over 05-15-02
ExhibiT "F"

12. afTer plainTiff compleTed 10'day's for
insulTing Langwige because of a nurse
ThaT said I STall medicaTion Then came
wiTh iT ouT The Trash

By James McKinnon prose
MacDougall Walker
1153-EasT STreeT souTh
Soffield CT 06078

7. On Wednesday 05-15-02 I was moved
To Security Intensive mental Health
To stop plaintiff professional psyc-
hiatrist and nurse proedures;
"deliberate indifference" in violation
of plaintiff Eighth Amendment, also
in disregard of exessive risk to the
plaintiff Doe v. Meachum heath in
violation of "deliberate indifference"
in violation of Eighth Amendment
plaintiff can go on explaining violat-
ion's in medical Care not at this time
. Plaintiff will go on because of Doe v.
Meachum thats also in violation.

8. plaintiff was moved To stop the
doctor's from deliberately ; To stop
the such conditions that followed
in the hearing on 05-16-02, without
Security of the doctor's profession-
al on my Doe v. Meachum and nurse
it was a dangerous, Defendant
John Lahda establish plaintiff
held in violation of Tremens of
Chronic Discipline.

By James McKinnon
James McKinnon   prose
MacDogall-Walker unit
1153-East Street South
Suffield, CT, 06078

— Plaintiff Counselor was on his way
for me to go back to G-unit, it was
explain to him that I was haveing
procedure for chronic discipline.

5. Now plaintiff was crying Then my
Two psychiatrist and one nurse came
mr. Beudoin ph.D mr. Todd Bogdonoff
ph.D and nurse miss, Cot Came up to the
cell door and said stop; we are at the
hearing and everything with work
out better Thursday 05-16-02.

6. On wednesday 05-15-02 plaintiff
was moved; Regarding placement it
was said by Lieutenat Morris To
Intensive mental Health unit
Exhibit "C" Also this is not
Plaintiff First name I-D, number
is 100770.

By: *James McKinnon*
James McKinnon Prose
MacDougall-walker
1153-East Street South
Suffield Connecticut
06078

Exhibit "H"

16. On October 12, 2001 Plaintiff was charged with fighting inmate Roberto Cosme #265626 Race Puerto Rican, Plaintiff is African American.

17. Plaintiff plead guity to engaging in a physical altercation pursuant to administrative directive 9.5 Fighting and received 7 day's punitive Segregation and 30'day's Confinement to Quarter's in G-unit, The fighting was in H-unit.

18. Garner C-I has 3' mental Health units F-unit house inmates on the bottom tier who are the least functional and they have the leatt amount of privileges, The to is Segregation for general population Inmate's, F-unit has leatt privileges of the three; H-unit house the next level of mental health status and its inmates have to some extent more privileges, and finally G-unit is a Transitional unit and is one step from general population and it's inmates do not require staff escorts when they leave the unit out with general population Inmate's also Library Time is two a week not one.

By: James McKinnon
James Lee McKinnon
macDougall Walker
1153- East street
South
Suffield Connecticut 06478

19. On the afternoon of December ? around 6:pm inmate Cosme, who was housed in H-unit was Transferred To cheshire Correctional institute.

20. Inmate Cosme was promptly returned The Same day because he reported he was Suicidal.

21. Garner procedures call for Inmates who are Suicidal To be placed as a level #5 mental Health To go to inpationt medical then back To H-unit for a 90'day evaluation on a scale from (1) To (5) in H-unit.

22. On the morning of December 13, 2001 plaintiff was Taken for a Court oppointement and upon reTurning, found my personal property was packed up and Transferred To H-unit

23. Inmate Cosme was Transferred the same-day To B-unit which is general population

By, James mcKinnon prose
mac Doogall-walker
1153-East STreet South
Suffield CT 06078

24. InpaTionT medical as a level's For The
Suicidal evaluation after he was supposed
To go To H-uniT menTal HealTh.

25. DefendanTs mind's was made up whaT
To do wiTh Cosme ThaT was To SKip The level's
medical program rules, He wenT To populaTion
B-uniT.

26. So ThaTs where descrimination and
violaTion oF (Reognized as a SuspecTor
IdenTible dacs A.D.A) come in Rember we
have a proFile aT The Time From when we
was FighTing.

27. C.T.O migliaro came From InpaTionT
medical 12-17-01 To H-uniT Cell -111- and said
I'll be going back To G-uniT, as Soon as They
Find a place To Send Cosme From B-uniT
ExhibiT " I " is From DeFendanT HunT

Byx *James McKinnon*
James mcKinnon prose
macDougall-walker
1153-EasT STreeT SouTh
SuFField CT 06078

28. C.T.O, migliaro Told plainTiff ThaT
Someone was Supose To Tell me ThaT I
Then asked him if I plainTiff Could
waiT in SegregaTion inTo ThaT Time Came
because of The Thing's I've been Through
wiTh C. T. O. HicKs and The Two Carmen
Rosa also Saundra LeeK ExhibiT "J".

29. C-T-O, migliaro Told plainTiff JusT STay
a way from Them, UniT Manager THomas
HunT Came over 12-21-01 Cell-111 H-uniT
The morning 9:30 Am he said I'd be
going back over To G-uniT ThaT Thrusday,
I Then asK if I could Sign inTo Segreg-
aTion. ExhibiT "K"

30. UniT manager, HunT DefendanT's said
if I do I will noT Be going back To G-
uniT Thrusday.

31. The reason iT's been 2ᵗʰ weck's Since
people heard from plainTiff was when
uniT mangger HunT Said he was going
To bring plainTiff To g-uniT he JusT
lefT DefendanT LaJDa office — *James McKin*
and he said your not going        By James McKinnon
Back                              MacDougall-walker
                                  1153-EasT STreeT SouTh
                                  SUffield CT 06078

32. Unit manager Hunt Know plaintiff was in the cell-111 byy my Self already and aware of the problems in H-unit with Staff Exhibit ("J").

33. plaintiff was in the cell, Hunt came and Told me that I would have to refuse To lock up in order To go To Segregation Exhibit "K".

34. when I was already locked up in my cell-111, Then Told Hunt I don't need any more Troble.

35. plaintiff didn't Know any better the mental Health Question's! and the Trick Question was am I Feeling Suicidal I said I'm Just nervous and that was the answer he needed plaintiff was placed in inpatiant medical Housing for 2 weeks my god.

36. Unit Manager Hunt Came over that Saturday 8: pm 12-22-01 and he said Just go back up there and you want get a Ticket.

By James McK
Jaenes mckinnon prose
macDougall walker
1153-East Street South
Suffield CT, 06078

37. During my incid Free stay in Gunit
From October 18 to December 13, 2001
Inmate Cosme received two class "A"
and one class "B" disciplinary tickets for
the following:

(a) class A: Contraband of a dangerous)
(weop (Razor-Blades)

(b) class A: Fighting he assauited another)
(inmate in that inmate cell at lunch Time.)

(C) Class B: Theft under $100 he stold
another inmate radio from that inmate housing.

38. Despite the events as described in (22)
above I lost privileges as stated and inmate
Cosme was rewarded with greater priviliges
as Tated.

39. Soon as Doctor Todd Bogdonoff found
out that Major Sparks came by and talk to
plaintiff 1-14-02 1:0pm he said he was
going to see unit manager Hunt right now
and have him bring over the real profile
papers I have to sign it.

By James McKinnon

James McKinnon prose
MacDougall Walker
H53 East Street South
Suffield CT 06078

and Hunt came by 3:pm and Told me
Sign it, that he was going to bring the
paper by for plaintiff to sing 3:25 pm
Counselor Erham came from F-unit
with it and then plaintiff signed it
on 1-14-02- Defendants Hunt said that
he fax it to me people.

40. The fax came removed 1-23-02
discrimination Continued.

41. On January 30, 02, plaintiff was
Transfered back to G-unit and the
discrimination Continued.

42. On 2-13-02 Cosme was Transfered to
Macdougall C-I 6:pm he retund 9:pm the
Same night a game he felt Suicidal, They
Continue To Skip the medical program
Rules For Him.

43. after Inpationt medical as level 5[#]
Defendants mind was made up what to do
cosme was Skip the mental Health program
Rules 0 - 3-4-02 Time 7:30 Am he went To
population and not H-unit mental Health
from inpationt medical as level's [#] again.

By James McKin
James mckin
moadougll-walk
1153 East street sau
soffield, ct 06078

44. Defendants John LaHDa and Thomas Hunt was after plaintiff because of legal work, also the request that was sent to warden Gomez for a meeting, when plaintiff went to defendants office he was with the warden mail that's major John LaHda Exhibit "L" was sent to Inmate legal Assistance program Jessica J. York for Help. not a thing.

45. This was sent to office of Protection and advocacy for Help Exhibit "D" Also. because defendant major John LaHDa came and told plaintiff he well like to send me to chronic discipline housing after a hearing 05-16-02 I have 2 disciplinarys I was found guilty of that show's one mor-is on the way, I have a Disciplinary for a Bag of Coffee but no hearing at this time 05-14-02 The major after his hearing 05-16-02 he will like to send plaintiff to chronic discipline my mental Health is a ④ he can't send me he has single that out to me! He has automatically had me place in-

By James McKinnon
James McKinnon
macDougall-walker
1153-East Street South
Suffield CT 06098

This close chronic mental health
I p m #2; This place was the old
Segregation and that's how it's
Im 25 year's Doe v. Meachum I'm
old please Help me out it's no meeting's
I have one hour per day of recreation
in a small enclosed yeard dog cage.
no T.V. The defendant move the plugs
out the cell walls; when removal from
cell's methods are to be Handcuff and
remain this is not a program it's punish
menit for a extended long period of Time
provide I dont Die From the vent cold
Exhibit "D+" is From Commissioner;
Cold I'm Confine under the condition
Exhibi t "D" is from the program
director miss, Susan werboff and
miss, nancy Alisberg that came to visst
plaintiff and it Save my life. Also my
Doe v. meachum Counselor came one day
it was no one bring me out "D" miss
Fran Graves. Exhibit "D" is the
hand Book From the Intensive
mental Health unit name I p m #2

By x James McK
James McKinnon prose
MacDougall - Walker
1153 - East Street South
Suffield Connecticut
06078