United States District Court

District of Connecticut

**FILED**

2004 MAR -5 P 3:37

US DISTRICT COURT
BRIDGEPORT CT

James McKinnon    Case. 3:02cv2317(JCH)(HBF)

vs.

Thomas Hunt, ETaL
John LaHDa

February 29, 2004

Defendants Individual Capacity

Plaintiff Motion To Relieve Assistant Attorney General Federal Rule, 29,a,b, Stipulations Regarding Discovery Procedure.

1. Plaintiff James McKinnon pro;se Respectfully moves this court under Rule.29, Stipulation Regarding discovery Procedure unless otherwise directed by the court; modify other procedures governing Limitations placed upon discovery. Would interfere with any time set for completion of discovery, for hearing of a motion, for Trial, be made only with the approval of the court. defendants are Individual Capacity, Exhibit.
"1" and "2" "3" "4"
A-   B-  C- D

By x James Lee McKi___
James Lee McKinnon, pro se
macDougall-walker
1153- East Street South
Suffield Connecticut
06078

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: James McKinnon | COURT CASE NUMBER: 3:02-CV-02317 |
| DEFENDANT: Thomas Hunt | TYPE OF PROCESS: Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Thomas Hunt

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Garner Correctional, 50 Nunnawauk Rd, Newtown, CT 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon I #130078
Garner Correctional
50 Nunnawauk Road
Newtown, Conn 06470

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | "2" |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FYI "Individual Capacity"

Signature of Attorney or other Originator requesting service on behalf of:
James L. McKinnon
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER:
DATE: 1-17-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.
District to Serve No.
Signature of Authorized USMS Deputy or Clerk
Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

Exhibit "B" James McKinnon

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF James McKinnon | COURT CASE NUMBER 3:02-cv-02317 |
|---|---|
| DEFENDANT John Lahda | TYPE OF PROCESS Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Lahda

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Garner Correctional, 50 Hannawack Rd, Newtown 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon #100770
Garner Correctional
50 Hannawack Road
Newtown, Conn. 06470

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TRI "Individual Capacity"

Signature of Attorney or other Originator requesting service on behalf of: [signature] James L. McKinnon ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 
DATE: 2-17-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 4/1/03 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Doc Officer Ivy Simon Gomez

| Date of Service 4/17/03 | Time 7:00 pm |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee 4.00 | Total Mileage Charges (including endeavors) 79.40 | Forwarding Fee | Total Charges 83.40 | Advance Deposits | Amount owed to U.S. Marshal or 83.40 | Amount of Refund |

REMARKS:

NOTE

3. NOTICE OF SERVICE

FORM USM-285 (Rev. 12/15/80)

Exhibit J ("G")
James McKinnon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON : PRISONER
CIVIL NO. 3:02CV2317 (JCH)

v. :

THOMAS HUNT, ET AL. : SEPTEMBER 26, 2003

### MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT FOR APPOINTMENT OF COUNSEL

The defendants, Thomas Hunt, et al., interpret plaintiff's pleading dated September 17, 2003, entitled Plaintiff's Motion to Amend Complaint for Appointment of Counsel, as a petition for appointment of counsel, and, to that extent, and if the court finds the plaintiff qualified, of course the defendants have no objection to the appointment of counsel provided defendants are not obliged to pay for counsel. To all other extents, the motion is opposed as it does not explain the need or intent of an Amended Complaint, and a copy of the proposal is not included.

[Handwritten annotations: "of Counsel, plaintiff has a (ADA) Claim To Qualified opposed/ appointment - The defendants does not Qualifie"]

DEFENDANTS
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

[Handwritten: "66 665" and "06 31"]

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of September, 2003:

James McKinnon # 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Robert F. Vacchelli
Assistant Attorney General

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>29</u> Day of February, 2004 Also this certify through this attachment that this claim to be True and to the best of my ability

Individual Capacity
Thomas Hunt, Etal
John LaHDa

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartfart Conn, ecticut
Federal Bar, 05222

By x /s/ James Lee McKinnon
James Lee McKinnon, prose
MacDougall-Walker. C-I
1153- East Street South
Suffield Connecticut
06078