UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH)(HBF) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | MARCH 5, 2004 |

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO RELIEVE ASSISTANT ATTORNEY GENERAL FEDERAL RULE 29,A,B, STIPULATIONS REGARDING DISCOVERY PROCEDURE DATED FEBRUARY 29, 2004**

The defendants, Thomas Hunt, et al., by and through their undersigned counsel, respectfully urge the court to deny plaintiff's Motion dated February 29, 2004 entitled "Plaintiff Motion to Relieve Assistant Attorney General Federal Rule 29,a,b, Stipulations Regarding Discovery Procedure".

To the extent that it seeks the removal of this Office from representing the defendants in this case, this court has already, repeatedly, denied such a request. See Ruling dated February 25, 2004. To the extent that it seeks other relief, the defendants do not understand plaintiff's request, preventing defendants from responding appropriately, and accordingly urge the court to deny the request.

             DEFENDANTS,
             Thomas Hunt, et al.

             RICHARD BLUMENTHAL
             ATTORNEY GENERAL


             BY:_____
             Robert F. Vacchelli
             Assistant Attorney General
             Federal Bar No. ct05222
             110 Sherman Street
             Hartford, CT  06105
             Telephone No. (860) 808-5450
             Fax No. (860) 808-5591
             E-Mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

   I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of March, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080


             _____
             Robert F. Vacchelli
             Assistant Attorney General