UniTed STaTes DistricT
CourT
DistricT of ConnecTicuT

FILED

2004 MAR -5 P 3:37

US DISTRICT COURT
BRIDGEPORT CT

James McKinnon civiL-3:02cv2317
(JCH)(HBF)

VS.

FebruarY 29, 2004

THomas HunT, ETaL
JoHn LaHDa
Morales
DefendanTs Individual CapaciTy

PlainTiff moTion For Leave To File
Amended ComplainT Adding a
party PursuanT To Rules 15,a, and
19,a, Fed.R.Civ.P. RequesTs leave To
File An Amended ComplainT.

1. PlainTiff James McKinnon pro,se
respecTfully move This courT To consider
plainTiff requesT in The above capT-
Ion Case; PlainTiff ConTend ThaT The
FacTs are So over wheming in SupporT
of The allegaTions which he forwarded
in The inTeresT of jusTice and expedie-
nce plainTiff is more likely To Triumph.

By: James Lee McKinnon
James Lee McKinnon
MacDougall-Walker
1153-East STreeT SouTh
SuFField ConnecTicuT
06078

# Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 29th Day of February 2004, Also this Certify through this attachment that this claim to be true and to the best of my obility.

Defendants Individual Capacity
Thomas Hunt; Etal
John LaHDa

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
            06105
Federal Bar #CT 05222

By James Lee McKihnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
        06078

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
### CIVIL RIGHTS COMPLAINT

James McKinnon

100 770 ,

Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

**PRISONER**

v.

Thomas Hunt
John LaHDa
Morales

Case No. 3:02cv2317(JCH)

(To be supplied
by the court)

Do not scan
or docket
until M. is granted
NOT SIGNED

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. James McKinnon is a citizen of United States who
   (Plaintiff)                              (State)
presently resides at MacDougll-Walker-1153-East Street South
(mailing address or place of confinement) Suffield CT 06078
If plaintiff is incarcerated, provide inmate number: 100 770 .

2. Defendant Thomas Hunt is a citizen of United States
   (name of first defendant)                  (State)

whose address is Garner Correctional Institution,
50'Nunnowauk Road NewTown
ConnecTicuT, 06470

and who is employed as Unit Manager Mental Health Unit
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  ✔ Yes ____ No.  If your answer is "Yes," briefly explain:

Defendant Thomas Hunt is liabile for the Filing of a False disciplinary report; Also liabile for sexual Aassult Called To State police.

3. Defendant John LaHDa is a citizen of United States
(name of second defendant)                              (State)

whose address is Garner Correctional InsTiTuTional

and who is employed as Major of Treatment .
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  ✔ Yes ____ No.  If your answer is "Yes," briefly explain:

Defendant Thomas Hunt is liabile for the Filing of a False disciplinary report; Also liabile For sexual Aassult

(If more space is needed to furnish the above information for additional defendants, continue Call To on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's State police complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

____  42 U.S.C. § 1983 (applies to state prisoners)

____  **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

4. Defendant morales is a citizen of United States whose address is Garner Correctional Institutional 50' Nunnowauk Road Newtown Connecticut 06410

And who is employed as Disciplinary Investigator.

At The Time The claim's alleged in This complaint arose was This defendant acting under color of State law ? yes, plaintiff briefly explain.

On day State police was called and plaintiff was accused of Sexual assault 11-4-02 I was escort out The library To Lieutenant office in handcuff To 1 pm #2 Segregation That's for mental Health Inmate's plaintiff is mental Health. and for The Comcorder is disciplinary Investigator morales for no reason at Time a continuance of The Snatching my Thing's off plaintiff ask him To stop he notified me To Just shut up. This is because in A, unit cell 220 The program cell, he was outside my cell moving his arms at The door of my cell like a bord That's Saying To Inmate's I have The checkin That's my Doe v. meachum. I Told Major Loehda on him + my Counselor miss, Fran. Graves. That's how come he committed That on me from Then on 09-13-02.

By x   *James Lee McKinnon*
James Lee mckinnon prose
macDougall-walker
1153 East Street South
Suffield Connecticut
                    06078

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
____Yes ____No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

Plaintiff(s):_____ _____

Defendant(s):_____

b.  Name and location of court and docket number_____

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)

_____

d.  Issues raised: _____

_____

e.  Approximate date of filing lawsuit:_____

f.  Approximate date of disposition: _____

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.    ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.

5

3.  I have exhausted available administrative remedies. ___✓Yes ____ No.
    If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.
    If your answer is "No," briefly explain why administrative remedies were not exhausted.


## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
    If you are not incarcerated, go to section G.

a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit:_____

e.  Approximate date of disposition: _____


2.  Are you in imminent danger of serious physical injury? ____ Yes ____ No.
    If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

6

## G. REQUEST FOR RELIEF

I request the following relief:

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes_____    No_____

_____          _____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____  on  _____.
                        (location)                                    (date)

_____
**Plaintiff's Original Signature**

7

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Violaton of due process plaintiff also was not able To provide State police with statement of his own and thats To Also press charges on defendants for false accusations, plaintiff has evidence supporting Exhibits' for claim of Due process violation's by defendants,

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** ① Plaintiff is not focused on disciplingry report for sexual misconduT. a violation due process guaranTeed by The fourTeem Amendment plaintiff advocate c-T-O watton was not at hearing. ② Also a violation due proess Plaintiff was also not allowed to have his witness a officer CutTiTTa statement of the unit, that was requested at hearing. ③ Also violation due process plaintiff was not able to provide StaTepolice with statement of his own and thats To press charges on defendant

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

my witness was officer CutTiTTa The unit officer aT Time of 10-29-02,. His statement said That incident not True on 11-4-02 He was also question by defendants.

3

"A" → ExhibiT Also show plaintiff served

**Claim II:** The defendants me summons by there Individual

Capacity

Supporting Facts:

ExhibiT ① Shows were defendants failed To acknoledge plaintiff Advocate. due process violation. ExhibiT ② is disciplinary false report. ExhibiT ③ is from plaintiff advocate name is on iT witness name is not. ExhibiT ④ is from plaintiff advocate. That said officer of unit CUTTiTTa is plaintiff witness. ⑤ is advocate statement an recommendation. ExhibiT, is ExhibiT "⑥" day of administrative. plaintiff gave his ExhibiT "⑦" picture, also violation hearing without advocate watton, o.

**Claim III:**

Supporting Facts:          ExhibiT "⑧"

plaintiff was Also moved from mental Health I pm #2 Segregation after 26, day's which was an Intensive mental Health unit ExhibiT shows plaintiff was forced To move To population segregation from The mental Health segregation. at which Time I was To refused and was gven a class "B" D-R also without Due process of law The advocaT oppointed To me was not with me. 4 C-T-O watton. my unit CT-O.

EXHIBIT 12 James McKinnon

# Disciplinary Process Summary Report – Page 1
## Connecticut Department of Correction

CN 9504
1-10-94

| Unit  Garner C.I. | Report no.   0211026 | Report date   11/05/02 | Hearing date 11/6/02 |
|---|---|---|---|

| Inmate name | MCKINNON,JAMES | I.D. no.  100770 | Housing    IPM-2 |
|---|---|---|---|

| Reporting employee | HUNT | Title   C/S | |
|---|---|---|---|
| Investigator | D.MORALES | Advocate   WATTON | |

Inmate appearance   ☒ yes    ☐ no    Reason

☐ Suspended sentence

| ☐ Deferred prosecution | No. of days ——— | Through ——— |
|---|---|---|
| ☐ Charge dismissed | By ——— | Reason ——— |

Continuances (dates and reasons):

N/A

## SUMMARY

| | Charge / Class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Sex-Mis   / A | NG | NG | N/A |
| Substitute | ——— | — | — | |

☐ Confidential information    Reliability ———

Documentation submitted    ☐ Incident Report    ☐ Medical Incident Report

☐ Use of Force Report    ☐ Other (specify)

Witness Name:  N/A    ☐ Appearance ———
Testimony:

Witness Name:  N/A    ☐ Appearance ———
Testimony:

Witness Name:  N/A    ☐ Appearance ———
Testimony:

☐ Witness Exclusion    Name    Reason

Physical evidence, written testimony:
CN9503 CN9506, CN9505

# Disciplinary Report – Page 1

## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit: Garner C. I. | Report date: 5 November, 2002 | Report no. 0211026 |
| Inmate Name: James McKinnon | I.D. no. 100770 | Housing: G-118 |
| Location: G-Block | Incident Date: 11/04/02 | Time: 2:00  ☐ a.m.  ☒ p.m. |
| Charge: Sexual Misconduct | | Class:  ☒ A  ☐ B  ☐ C |

**Description of violation:** On the above date and time inmate ▮▮▮▮▮▮▮ #▮▮▮▮▮ admitted to having Anal Sex with inmate James McKinnon 100770. This act took place on 10/29/02. During questioning inmate McKinnon denied this taking place. But he did give a lot of similarities to inmate Hart's statements.

**Witness(es):**

**Physical evidence:**

| | | |
|---|---|---|
| Reporting employee: Thomas Hunt | *Thomas Hunt* | Employee requests copy:  Yes  ☐ No |
| Title: Unit Manager | Date: 5 November, 2002 | Time: 12:00  ☐ a.m.  X p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| | | |
|---|---|---|
| ☐ Administrative detention | Date: | Time:  ☐ a.m.  ☐ p.m. |
| ☐ Interview accused | ☐ Informal Disposition | |
| Custody supervisor / unit manager signature: | | |
| Title: LT. | Date: 11/5/02 | Time: 1:54  ☐ a.m.  ☒ p.m. |

## INMATE NOTICE

| | | |
|---|---|---|
| Delivered by: Gizzi (8x4) | | |
| Title: Corr. Officer | Date: 11/5/02 | Time: 1:55  ☐ a.m.  ☒ p.m. |



*Exhibit 99 299*

CN 9502
6-15-92

*James McKim*

# Disciplinary Report - 2
## Connecticut Department of Correction

| Investigator | Receipt date 11-06-00 | Time 8 ☒ a.m. ☐ p.m |
|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

Alteration of a specimen
Arson
Assault
Bribery
Contraband (dangerous instrument, escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 & over)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Interfering with safety or security
Intoxication
Refusal to give a specimen
Riot (requires Commissioner's declaration)

Secreting identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 and over)
Threats
Violation of program provisions

## Class B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a Direct Order
Gambling
Giving False Information
Insulting language or behavior

Misdemeanant misconduct
Out of place
Public indecency
Theft (under $100)

## Class C

Disorderly conduct          Malingering          Sanitary/housing violation          Violation of unit rules

Waiver of 24-hour notice: I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

Waiver of appearance: I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

Guilty plea: I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature | Date |
|---|---|
| Investigator Signature | Date |

| ☐ Prosecution deferred by disciplinary coordinator | Through date |
|---|---|
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

# Disciplinary Process Summary Report – Page 2

### Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding:**

No staff witnessed the event. Inmate witness not credible —

— Not Guilty finding —

**Basis for sanctions:**

1. AD 9.5
2. Natures of Offense
3. Facility Recommendations

## DISPOSING OFFICER

| | | |
|---|---|---|
| Hearing officer signature | | Date 11/26/02 |
| Disciplinary coordinator signature | | Date |
| Investigator signature | | Date |

## INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days

| | |
|---|---|
| Delivering officer signature | Date -11/26/02 |

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file

# Disciplinary Investigation Report – Page 1

### Connecticut Department of Correction

CN 9402
1-10-94

| | | | | |
|---|---|---|---|---|
| Unit  **Garner C.I.** | Report no.  **0211026** | | Report date  **11/05/02** | |
| Inmate name  **McKINNON, JAMES** | | I.D. no.  **100770** | Housing  **G-118** | |
| Investigator  **D. MORALES** | | | | |
| Advocate  **WATTON** | | Date advocate notified  **11/15/02** | | |
| ☐ Advocate refused | Inmate signature | | | |

### ACCUSED INMATE INTERVIEW

Inmate informed of process of investigation and hearing    **X** yes    ☐ no

Inmate's version of incident: **IT DIDN'T HAPPEN THAT'S IT!**

### INMATE WITNESS REQUEST

Inmate requests witness(es)    yes    **X** no

If no, inmate signature    **REFUSED TO SIGN**

Witness name

Nature of testimony:  **SEE WRITTEN STATEMENT.**

Witness name  |

Nature of testimony   **SEE WRITTEN STATEMENT.**

Witness name

Nature of testimony  |  **SEE WRITTEN STATEMENT.**

# Advocate Investigation Report - Page 1
## Connecticut Department of Correction

Inmate name   McKinnon  James                                   Inmate no.  100770

Disciplinary report no    02-11026                              Report date   1/05/02

Advocate   Walton                     Offense  Sexual Misconduct

Date and time Investigation Initiated   11/18/02   1:00 pm

## ACCUSED INMATE INTERVIEW

Inmate States that Incident never
Happened.  States c/o culture IS his
witness.

I acknowledge that I have met with my advocate

Inmate signature   James Lee McKinnon          Date  11/18/02

"5" Exhibit *Aama Metz*

Connecticut Department of Correction

## INMATE WITNESS(ES) STATEMENT(S)

| Inmate name | Inmate no. |
|---|---|
| | |

| Inmate name | Inmate no. |
|---|---|
| | |

## STAFF WITNESS(ES) TESTIMONY

| Name | Title |
|---|---|
| | |

| Name | Title |
|---|---|
| | |

## ADVOCATE'S CONCLUSION AND RECOMMENDATION

Coen wnt DA Investigateng Findng 8

| Advocate signature | Date |
|---|---|
| | |

008



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

*James M. Kim*

CN 9401
Attachment C, Page 1
5-3-94

| Facility: Garner Correctional Institution | |
|---|---|
| Inmate Name: McKinnon, James | Inmate Number: 100770 |

## Section 1: Status

**Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)**

| ___ Transfer Detention | Date: | ___ Administrative Segregation | Date: |
|---|---|---|---|
| X Administrative Detention | Date: 11/04/02 | ___ Punitive Segregation | Date: |
| ___ Administrative Segregation Transition | | Date: | |

## Section 2: Reason For Placement

The inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:

Inmate McKinnon, James #100770 was placed on administrative detention pending investigation for alledged Sexual Misconduct. **and pending a D/R for DADO and Sexual Misconduct D/R**

| Signature of Supervisor: Lt. Hardy | Date: 11-04-02 | |
|---|---|---|
| Inmate given copy of this form: YES | Time: 10:00PM | Date: 11-04-02 |

Exhibit "P)" James McKinnon

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit Garner C.I. | Report date 11-4-02 | Report no. 0211019 |
| Inmate name McKinnon, James | I.D. no. 100770 | Housing F-203 |
| Location F-203 | Incident Date 11-4-02 | Time 10⁰² ☐ a.m. ☒ p.m. |
| Charge D.A.D.O. | | Class B |

**Description of violation:** On the above date and time, I Im McKinnon refused two direct orders to have his picture taken after having been escorted to F-203 (Restrictive Housing). Counselor Supervisor Hunt notified and D.R. issued, MA.

**Witness(es):**

**Physical evidence:**

| | | |
|---|---|---|
| Reporting employee Mich Acheirme | Employee requests copy ☒ yes ☐ no | |
| Title C/O | Date 11-4-02 | Time 10³⁰ ☐ a.m. ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| | | |
|---|---|---|
| ☐ Administrative detention | Date | Time ☐ a.m. ☐ p.m. |
| ☐ Interview accused | ☐ Informal Disposition | |

Custody supervisor / unit manager signature

| | | |
|---|---|---|
| Title Lieutenant | Date 11/4/02 | Time 1035 ☐ a.m. ☒ p.m. |

## INMATE NOTICE

Delivered by M. Hendly

| | | |
|---|---|---|
| Title C/O | Date 11-4-02 | Time 10³⁵ ☐ a.m. ☒ p.m. |



# Disciplinary Report Page 2
## Connecticut Department of Correction

CN 9503
1-10-94

Exhibit "99" James McKnn

| Investigator | | Receipt date 11-5-02 | Time 800 ☒ a.m. ☐ p.m. |
|---|---|---|---|

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

Alteration of a specimen
Arson
Assault
Assault on a DoC employee
Bribery
Contraband (dangerous instrument escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DoC employee
Impeding order
Interfering with safety or security
Intoxication
Refusal to give a specimen

Riot (requires declaration by DoC Commissioner)
Secreting Identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of program provisions

## Class B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving False Information
Insulting language or behavior

Misdemeanant misconduct
Out of place
Public indecency
Theft (under $100)

## Class C

Disorderly conduct       Malingering       Sanitary/housing violation       Violation of unit rules

**Waiver of 24-hour notice:** I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature | Date |
|---|---|
| Investigator / hearing officer Signature | Date |

| ☐ Prosecution deferred by disciplinary coordinator | Through date |
|---|---|
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

*Exhibit "27" James McKinnon*



# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN 9402
1-10-94

| Unit  Garner C.I. | Report no.  0211019 | | Report date  11/04/02 |
|---|---|---|---|
| Inmate name  **MCKINNON,JAMES** | | I.D. no.  **100770** | Housing  **IPM-2** |
| Investigator  **D.MORALES** | | | |

| Advocate  **WATTON** | Date advocate notified  **11/15/02** |
|---|---|

☐ Advocate refused | Inmate signature

## ACCUSED INMATE INTERVIEW

Inmate informed of process of Investigation and hearing     ☒ yes     ☐ no

Inmate's version of incident: **I DON'T REMEMBER I TOOK A PICTURE DOWNSTAIRS BY LT. HARDY AND SOMEBODY ELSE.**

## INMATE WITNESS REQUEST

Inmate requests witness(es)        yes     **X no**

If no, inmate signature    **REFUSED TO SIGN.**    ☒ *James McKinnon*

Witness name         C/O CUTTITA

Nature of testimony:   **SEE WRITTEN STATEMENT.**

Witness name |   LT. HARDY

Nature of testimony    **SEE WRITTEN STATEMENT.**

Witness name

Nature of testimony  | **SEE WRITTEN STATEMENT.**

Exhibit 91 799 ...



# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN 9402
1-10-94

## SUMMARY

**Facts:** DURING INVESTIGATION INTERVIEW SAID INMATE CLAIMS THAT HE TOOK A PICTURE DOWNSTAIRS. UPON FURTHER INVESTIGATION THE SAID STAFF MEMBER STATED THAT THIS INMATE WAS GIVEN SEVERAL DIRECT ORDERS TO COMPLY TO HAVING HIS PICTURE TAKEN ONCE HE WAS PLACED IN RESTRICTIVE HOUSING BUT CONTINUED TO REFUSE. THAT FACTS REMAIN THAT THE SAID INMATE FAILED TO COMPLY WITH THE STAFF MEMBER INSTUCTIONS. WITH THE BODY OF THE REPORT A GUILTY FINDING IS REQUESTED.

### RECOMMENDED SANCTIONS
### 7 DAYS PUN SEG
### 15 DAYS CTQ
### 30 DAYS LOP

## INVESTIGATOR RECOMMENDATIONS

| | |
|---|---|
| ☐ recommend deferred prosecution | |
| ☐ recommend dismissal | Reason: |
| ☐ recommend substitute charge | |
| ☐ other, specify: | |

| Investigator signature  D.MORALES | Date  11/15/02 |
|---|---|

Copy: Inmate master file

# Advocate Investigation Report - Page 1
## Connecticut Department of Correction.

CN 6509
Attachment 5
1-12-98

| ate name | McKinnon James | Inmate no. | 100770 |
|---|---|---|---|
| ciplinary report no | 021019 | Report date | 11/04/02 |
| ivocate | Walton | Offense | D.A.D.O |
| te and time investigation initiated | 11/18/02  1 00 pm | | |

### ACCUSED INMATE INTERVIEW

In mate States He Took The picture.
Stated That LT Handy Took The picture.

| mity signature I acknowlege that I have met with my advocate | Date |
|---|---|
| mate signature    James Lu McK | 11/18/02 |

Advocate Investigation Report – Page 2
Connecticut Department of Correction

Case 3:02-cv-02317-CJH   Document 70   Filed 03/05/2004   Page 24 of 33

CN 9509
Attachment 2
1-18-98

Exhibit PP77

## INMATE WITNESS(ES) STATEMENT(S)

| Inmate name | Inmate no. |
|---|---|
|  |  |

| Inmate name | Inmate no. |
|---|---|
|  |  |

## STAFF WITNESS(ES) TESTIMONY

| Name | Title |
|---|---|
|  |  |

| Name | Title |
|---|---|
|  |  |

## ADVOCATE'S CONCLUSION AND RECOMMENDATION

Concur with Dr. Feinstein's Findings

| Advocate signature | Date |
|---|---|
|  | 11/4/02 |

Exhibit "(8)"

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| Unit Garner Correctional Institute | Report date 11/25/02 | Report no. 021114 |
|---|---|---|
| Inmate name McKinnon, James | I.D. no. 100770 | Housing IPm-2 (607) |
| Location IPm-2 | Incident Date 11/25/02 | Time 3:10 ☐ a.m. ☒ p.m. |
| Charge Disobeying A Direct Order | | Class B |

Description of violation: On the Above Date And Time this officer (C/o Minnis) Gave Inmate McKinnon, James # 100770 A Direct Order to Pack his property and move to Foxtrot. This Inmate refuse and stated "I'm not going Anywhere because I'm in the Program."

Witness(es):

Physical evidence:

| Reporting employee C/o Minnis | Employee requests copy | ☐ yes ☐ no |
|---|---|---|
| Title Correction Officer | Date 11/25/02 | Time 3:10 ☐ a.m. ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☐ Administrative detention | Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|
| ☐ Interview accused | ☐ Informal Disposition | |

Custody supervisor / unit manager signature

| Title | Date 10/25/02 | Time 400 ☐ a.m. ☒ p.m. |
|---|---|---|

## INMATE NOTICE

Delivered by Dao

| Title 90 | Date 11-25/02 | Time 520 ☐ a.m. ☒ p.m. |
|---|---|---|

# Disciplinary Process Summary Report – Page 1
## Connecticut Department of Correction

CN 9504
1-10-94

| Unit **Garner C.I.** | Report no. **0211114** | Report date **11-25-02** | Hearing date **N/A** |
|---|---|---|---|

| Inmate name **McKINNON** | I.D. no. **100770** | Housing **IPM-2** |
|---|---|---|

| Reporting employee **MINNIS** | Title **C/O** |
|---|---|

| Investigator **Morales** | Advocate **N/A** |
|---|---|

| Inmate appearance ☐ yes ☒ no | Reason **Pled guilty to Investigator** |
|---|---|

☐ Suspended sentence

☐ Deferred prosecution   No. of days _____   Through _____

☐ Charge dismissed   By _____   Reason _____

Continuances (dates and reasons):

## SUMMARY

| | Charge / Class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | D.A.D.O. / B | Guilty | Guilty | 5 P/S TIME SERVED 15 LOM THRU 4-04-03 |
| Substitute | | | | |

| ☐ Confidential information | Reliability |
|---|---|

Documentation submitted
- ☐ Incident Report
- ☒ Medical Incident Report
- ☐ Use of Force Report
- ☐ Other (specify)

Witness Name: _____   ☐ Appearance

Testimony:

Witness Name: _____   ☐ Appearance

Testimony:

Witness Name: _____   ☐ Appearance

Testimony:

☐ Witness Exclusion   Name _____   Reason _____

Physical evidence, written testimony:

Exhibit (B?) James McK

# Disciplinary Process Summary Report – Page 2
## Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding: Pled Guilty to Investigator**

**Basis for sanctions: Sanctions deemed necessary to deter future misconduct.**

# DISPOSING OFFICER

| | |
|---|---|
| Hearing officer signature | Date |
| Disciplinary coordinator signature | Date |
| Investigator signature          Morales | Date |

# INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days

| | |
|---|---|
| Delivering officer signature | Date |
| Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file | |

Exhibit #8 59  James McKinnon



# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN 9508
1-10-94

| Investigator | Receipt date 11/26/02 | Time 800 ☒ a.m. ☐ p.m. |

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

Alteration of a specimen
Arson
Assault
Assault on a DoC employee
Bribery
Contraband (dangerous instrument  escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DoC employee
Impeding order
Interfering with safety or security
Intoxication
Refusal to give a specimen

Riot (requires declaration by DoC Commissioner)
Secreting Identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of program provisions

## Class B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving False Information
Insulting language or behavior

Misdemeanant misconduct
Out of place
Public indecency
Theft (under $100)

## Class C

Disorderly conduct          Malingering          Sanitary/housing violation          Violation of unit rules

**Waiver of 24-hour notice:** I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
| Witness Signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
| Witness Signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature   X. James McKinnon | Date 12-4-02 |
| Investigator / hearing officer Signature | Date 12.4.02 |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

*Exhibit "8" James McK*



# RESTRICTIVE HOUSING UNIT STATUS ORDER

## Connecticut Department of Correction

CN 9401

Attachment C, Page 1

5-3-94

---

Facility: Garner Correctional Institution

| Inmate Name: James McKinnon | Inmate Number: 100770 |
|---|---|

### Section 1: Status

#### Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| | | | | |
|---|---|---|---|---|
| ☐ Transfer Detention | Date: | ☐ Administrative Segregation | Date: |
| ☒ Administrative Detention | Date: 11/25/02 | ☐ Punitive Segregation | Date: |
| ☐ Administrative Segregation Transition | | Date: | |

### Section 2 : Reason For Placement

The Inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:

Inmate James Mc Kinnon 100770 is placed on administrative detention status pending outcome of a

disciplinary report for: DADO (inmate refused to transfer to F-Unit from IPM-2)

| Signature of Supervisor: *Capt. J, Delgado/* | Date: 11/25/02 |
|---|---|
| Inmate given copy of this form: yes | Time: 4 ☐ a.m. ☒ p.m. | Date: 11/25/02 |



# RESTRICTIVE HOUSING UNIT STATUS ORDER
## Connecticut Department of Correction

CN 9401
Attachment C, Page 2
5-3-94

| Section 3 : Review (Administrative Detention Only) | | |
|---|---|---|
| Continue Placement Reason: Pending D/R Investigaton | | |

| 72 Hour Review Signature: | Title: Mgr | Date: 11-27-0 |
|---|---|---|
| 6 Day signature | Mgr | 11-29-02 |
| Continue Placement Reason: Pending D/R Investigation | | |
| 9 Day Signature: | Title: Major | Date: 12/2/02 |
| Continue Placement Reason: | | |
| 12 Day Review Signature: | Title: | Date: |

| Section 4 : Release |
|---|

12-4-02 Received Time Served — Moved to H-Block

| Signature of Releasing Authority: | Date: 12-4-02 |
|---|---|

\* If the Releasing Authority is higher than the Unit Administrator, the Unit Administrator shall sign and so indicate under the reason for release.

| Distribution: | Original – Warden (Inmate file on Completion) First Copy – Inmate (Initial Placement Only) |
|---|---|





# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### WARD A. GARNER CORRECTIONAL INSTITUTION
#### 50 NUNNAWAUK ROAD / POST OFFICE BOX 5500
#### NEWTOWN, CONNECTICUT 06470-5500

**Warden Giovanny Gomez**

Tuesday, 18 March, 2003

Inmate James McKinnon#100770
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Inmate McKinnon,

I have reviewed your Disciplinary Report Appeal for Disobeying a Direct Order (11/25/02), Class B, I find that the adjudication was just.

The facts in the case were appropriately tried by the Hearing Officer, which included listening to and deliberating your defense to the charge.

The Hearing Officer's finding was, thus, reasonable based on the information and evidence presented. I, therefore, find no reason to reverse or modify the Hearing Officer's decision.

The finding and disposition are affirmed.

This type of behavior or any misconduct is unacceptable and affects the orderly operations of this Department.

Sincerely,

Giovanny Gomez, Warden

cc: ✓ Disciplinary Officer

Exhibit T ("Q")



## STATE OF CONNECTICUT
### Department of Correction
### Operations Division
**24 Wolcott Hill Road**
*Wethersfield, CT 06109*

Brian K. Murphy
Deputy Commissioner


April 21, 2003

James McKinnon #100770
Chesire CI
900 Highland Avenue
Chesire, CT. 06410


Mr. McKinnon,

This letter acknowledges receipt of your correspondence to Commissioner Lantz dated, April 3, 2003 and forwarded to this office for response concerning your disciplinary appeal.

Administrative Directive, 9.5, Code of Penal Discipline, clearly states, "The Unit Administrator will serve as the appellate, and the action of the appellate authority shall be final and not subject to further appeal." Warden Gomez found sufficient grounds to re-affirm the guilty finding.

After reviewing all relevant documentation I find no reason to reverse the decision made by Warden Giovanny Gomez of Garner Correction Institution on March 18, 2003.

Please speak with your Unit Counselor to resolve all other issues.


Sincerely,

Brian K. Murphy
Deputy Commissioner

c:      Theresa C. Lantz, Commissioner
        Giovanny Gomez, Warden
        Jonathan Hall, Acting Warden
        file

## G. REQUEST FOR RELIEF

I request the following relief:

PlainTiff requesT is the Same Relief From each Individual. DefendanTs:

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ✓    No _____

_____    *James Lee McKin*
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

MacDougll Walker
Executed at _1153- EasT STreeT SouTh_ on _FebruarY 29,2004_
        (location)    (date)
SuFFfield cT
        06078    *James Lee McKin*
    **Plaintiff's Original Signature**

7