United States District Court
District of Connecticut

FILED
2004 MAR 12 P 4:28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon       Civil 3:02CV2317
          vs.                    (JCH)(HBP)
Thomas Hunt, Et al.    March 3, 2004
John Lahda
Defendants    Individual Capacity

Plaintiff Response To Defendants Memorandum Dated February 26, 2004, with A Motion For Order Compelling Discovery Pursuant To Rule 37(a),(b), Rule 26(b), Rule 60(e), with Memorandum of Law For Support of Motion.

1. Plaintiff James McKinnon pro,se moves this court respectfully To conside the above caption case; Plaintiff contend facts are so overwheming in Support of allegations which he forwarded in the interest of justice and expedience plaintiff is more likely To Triumph.

Byx /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker-Unit
1153-East Street South
Suffield Connecticut
06078

(1)

2. Pursuant to Fed Rule 37, a, A party upon reasonable notice to other parties and all person offected may apply for an order compelling discovey as follows.

3. Plaintiff filed this motion on defendants in good faith on the inspection dated august 14, 2003, for Statepolice statement. Then to the U.S. Court motion to compelling dated December, 23, 2003.

4. Plaintiff inspection for statepolice statement from 11-4-02 Taken by statepolice in wich plaintiff was falsely accused of Sexual Assault and then Taken to Segregation, However with this statement it could show defendats Thomas Hunt, Etal. John LaHDa badgered this Inmate Scott Hart for '7' day's in the mental Health unit with plaintiff into fileing the false police report on plaintiff.

5. The Scope of federal court discovery is set for in Rule 26,b, Fed. R. Civ. P. Parties may obtain discovery regarding any matter not privileged, which is relevant to the subject matter involved in the pending action it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party including the existence description nature custody condition and location of any books documents or other —

By x/ James Lee McKinnon
James Lee McKinnon
macDougall-walker
1153 East Street South

(2)

-thing and the identity and location of persons having knowledge of any discoverable matter. It is not ground for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence.

6. Discovery requests should be allowed unless it is clear that the information sought can have no possible bearing upon the subject matter of the action, please see;

Nash V. Thielke 743 F. Supp. 130 (E.D. Wis 1990) The plaintiff was entitled to an officer's urine test results, since the officer's sobriety during the incident was an issue in the case.

7. The Supreme Court has construed this rule broadly to encompass any matter that bears on, or that reasonably could lead to other matter that could bear on any issue that is or may be in the case. please see. Oppenheimer Fund Inc. V. Sanders, 437 U.S. 430, 351, 98 S.Ct 2380 (1978).

8. But even burdensome or expensive discovery may be required if it is relevant to the case. please see; Fagan V. District of Columbia 136 F.R.D. 5. 7 D.DC. 1991)

By x James Lee McKinnon
James Lee McKinnon prose
MacDougall Walker
1153 - East Street South
Suffield CT 06078

(3)

9. I James McKinnon pro,se certify with my singnature that this discovery requests is not unreasonobly burdensome or expensive.

Those who abuse the discovery rules may be subjected to sanctions by the court. please see; Rule 26(g)(2), Fed.R.Civ.P.

10. If a party claims that certain discovey will be excessively burdensome, defendants has not, it must demonstrate why that is the case. please see; Sheman Park Community Assn v. Wauwatosa Realty, 486 F. Supp. 838 845 (E.D. Wis. 1980).

By x _____
James Lee McKinnon pro,se
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

④

## Certification

I Hereby Certifiy That The foregoing was mailed To The defendants ATTorney of record This <u>3</u> Day of march, 2004

Defendants Individal capacity

<u>Thomas Hunt; ETaL
John LaHDa</u>

RoberT F. Vacchelli
AssisTanT ATTorney General
Federal Bar no cT 05222
110, Sherman sTreeT
HarTford connecTion
06105

By <u>/s/ James Lee McKinnon</u>
James Lee mcKinnon prose
macDougall-walker unit
1153-EasT STreeT souTh
Suffield ConnecTicut
06078

(5)