## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | MARCH 12, 2004 |

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S RESPONSE TO DEFENDANTS MEMORANDUM DATED FEBRUARY 26, 2004, WITH A MOTION FOR ORDER COMPELLING DISCOVERY PURSUANT TO RULE 37 (A)(B) RULE 26 (B) RULE 60 (E) WITH MEMORANDUM OF LAW FOR SUPPORT OF MOTION**

By pleading dated March 3, 2004, titled "Plaintiff's Response to Defendants Memorandum dated February 26, 2004, with a Motion for Order Compelling Discovery Pursuant to Rule 37(a)(b) Rule 26 (b) Rule 69 (e) with Memorandum of Law for Support of Motion" plaintiff makes a fourth request for an order requiring defendants to give him a copy of an inmate informant's statement.

We urge the court to deny the request for the reasons set forth in defendant's memorandum dated March 11, 2004.

DEFENDANTS,
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day

of March, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06078


/s/_____
Robert F. Vacchelli
Assistant Attorney General