United States District Court
District of Connecticut

FILED 2004 MAR 23 A 8:24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon   Civil 3:02CV2317(JCH)(HBF)

vs.

Thomas Hunt, ET AL
John LaHDa

March 13, 2004

Defendants Individual Capacity

Plaintiff Memorandum in Opposition To Defendants Motion Dated March 5, 2004 To Deny Plaintiff's Motion For Leave To File Amended Complaint ADDinG a Party Pursuant To Rules 15(a), AnD, 19(a), Fed.R.Civ.P. Requests Leave To File An Amended Complaint.

I James McKinnon Plaintiff pro,se request respectfully that this Honorable Court to not be held in the same standards as an attorney, Also request consideration in the above Caption Case; Plaintiff who, lacking appropriate resources and assistance in case.

By x /s/ James L. McK
James McKinnon Prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

(1)

1. Plaintiff have filed 1983 civil rights lawsuit against the defendants plaintiff contend that the facts are so over wheming in support of allegations which he motion for Leave to File Amended Complaint adding this party Pursuant to Rules 15(a) and 19(a), Fed R. Civ. P. Request Leave to File another Amended Complaint.

2. Plaintiff Files with effort to amend complaint in the case this time to add an Garner Correctional Institution Disciplinary Investigator named Morales.

3. Plaintiff urge the court to grant motion. Also this complaint does indicate a valid claim

4. Defendants Morales on 11-4-02 for no reason a continuance of riping plaintiff things off, plaintiff ask defendant to stop and was notified by morales to just shut up.

5. Excessive unnecessary force by officers prison staff violates the plaintiff Constitution and may be remedied by damages. please see, HopTowit v. Ray, 682 F. 2d 1237, 1249-51 (9th Cir 1982) Finney v. Arkansas Bd. of Correction 505 F. 2d 194, 205 (8th Cir.

By /s/ James Lu McK
James McKinnon pro se
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

(2)

6. The courts have not definitely resolved at what point a person ceases to be an "arrestee" protected by the Fourth Amendment; please see; Graham v. Connor, 490 U.S. at 395 n.10 (declining to decide the issue).

7. Some courts have held that the Fourth Amendment standard applies until the arrestee is brought to court for a determination of probable cause. please see. Frohmader v. Wayne, 958 F.2d 1024, 1026-27 (10th Cir. 1992); Powell v. Gardner, 891 F.2d 1039, 1044 (2d Cir. 1989)(dictum); Simpson v. Hines, 903 F.2d 400, 403 (5th Cir. 1990)(officer lockup beating governed by Fourth Amendment under Graham); Fournier v. Joyce, 753 F. Supp. 989, 991-93 (D. Me. 1990)(Fourth Amendment standard applied to arrest made in jail waiting area) Henson v. Thezan, 717 F. Supp. 1330 (N.D. Ill. 1989) post arrest abuse is governed by the Fourth Amendement until first appearance in court).

8. In this case can and must show that the force used on him was not justified by any legitimate law enforcement or prison management need was completely out of proportion to the need. In an Eighth Amendment plaintiff argue that the lack of justification excessiveness shows that the officer were acting maliciously sadistically.

By /s/ James McK____
James McKinnon Prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078

(3)

9. There is no fixed line for how much force violates the Constitution, when prison officials maliciously and sadistically use force to cause harm, contemporary standards of decency always are violated, please see; Hudson v. McMillian, 503 U.S., 112 S. CT 995, 1000 (1992).

✓ 10. If there is no need for force the Constitution may be violated by relatively small amounts of force. please see; Felix v. McCarthy, 939 F.2d 699, 701-02 (9th Cir. 1991) (Throwing a prisoner across a hallway into a wall without reason violated the Eighth Amendment.

✓ 11. even a push or shove, please see; Winder v. Leak, 790 F. Supp. 1403, 1407 (N.D. Ill. 1992) pushing a disabled inmate and causing him to fall violated the Eighth Amendment).

12. Note that the prisoner's right to call witnesses and present evidence in his or her defense may not be denied if it's determine doing so will not unduly cause hazardous to instional safety, plaintiff witnesses was officer CuTTia. please see; Id at 566 Also please see; Ponte v. Real, 471, U.S. 491, 497 (1985).

13. The courts have stated that to satisfy the request of due process, an advocate need only follow the inmate's specific instructions, plaintiff was without requestsed Advocate. please see, Silva v. Casey. 992 F.2d 20, 22 (2d Cir. 1993). Byx /s/ James McKinnon
James McKinnon prose

(4)

14. Plaintiff Contend the defendants are not entitled to Summary judgment because there are genuine issues of material fact to be resolved.

15. These issues are identified in the accompanying Statement of Disputed Factual Issues filed by the plaintiff pursuant to Rule 56 of the Local Rules of this district Court.

16. Reason for request Plaintiff statement from 11-4-02 Taken by statepolice; that show defendants badgered Inmate Scott Hart for 7 day's in the same unit with plaintiff in to fileing this False Police report, To keep plaintiff in a Segregation unit.

17. Also that he was not charge by statepolice for a false report,

18. For the foregoing factual allegations create a genuine issue of material fact and will if proved at trial entitle me to judment.

20. Plaintiff motion for Summary Judgment Rule 56, F, when Affidavits Are unavailable for reason stated present by facts essential to justify the party's opposition, the court may refuse the defendants application for judgment to permit disovery to be had.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendant Attorney of record this **13th** Day of March 2004

Defendants Individal Capacity
Thomas Hunt; Etal
John Lahda

---

Robert F. Vacchelli
Assistant Attorney General
Federal Bar, no cT 05222
110, Sherman Street
Hartford Connecticut
06105

By: *James McKinnon*
James McKinnon prose
MacDougall-Walker
1153-East Street South
Suffield Connecticut
06078



(6)