UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | MARCH 17, 2004 |

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION OPPOSED TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT UNDER RULE 609 FED. R. EVID. THAT PLACE LIMITS HOW EVIDENCE OF PRIOR CRIMES AND OTHER MISCONDUCT CAN BE USED IN OITIGATION, RULE 403 FED. R. WHICH PROVIDES THAT RELEVANT EVIDENCE MAY BE EXCLUDED PLAINTIFF CRIMINAL CONVICTIONS DATED MARCH 10, 2004**

By pleading dated March 10, 2003 titled "Plaintiff Motion Opposed To Defendants Motion for Summary judgment Under Rule 609 fed. R. Evid that Place Limits How Evidence of Prior Crimes And other Misconduct Can Be Used in Litigation, Rule 403 fed. R. which provides That Relevant Evidence May Be Excluded Plaintiff Criminal Convictions" date March 10, 2004, plaintiff asks the court to exclude evidence of the convictions for which he is currently serving a sentence in the above case. See, Defendants Statement, para. 1.  We urge the court to deny the motion.

In this case, plaintiff pro se inmate sues correctional officials claiming violations of his constitutional rights occurring during his incarceration.  The evidence of the felony convictions for which he is serving a sentence are relevant on the issues of credibility, F. R. Evid. Rule 609, and on  issues of determining what standards apply.  See, Ingraham v. Wright, 430 U.S. 651,

664, 97 S.Ct. 1401, 51 L.Ed.2d 771 (1977); Johnson v. Glick, 481 F.2d 1028, 1032 (2nd Cir. 1973) cert. denied 414 U.S. 1033 (1973).

Wherefore, we urge the court to deny plaintiff's Motion.

> DEFENDANTS,
> Thomas Hunt, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: /s/_____
> Robert F. Vacchelli
> Assistant Attorney General
> Federal Bar No. ct05222
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No. (860) 808-5450
> Fax No. (860) 808-5591
> E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of March, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06078

> ____/s/_____
> Robert F. Vacchelli
> Assistant Attorney General