# United States District Court District of Connecticut

**FILED**
2004 MAR 17 P 5:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon            CIVIL 3:02CV2317

　　vs.                   (JCH) (HBF)

Thomas Hunt, et al        March 10, 2004
John LaHDa
Defendants    Individual Capacity

Plaintiff Motion Opposed To Defendants Motion for Summary Judgment Under Rule 609 Fed. R. Evid. That Place Limits How Evidence of Prior Crimes And other Misconduct Can Be Used in Litigation, Rule 403 Fed. R. which provides That Relevant Evidence May Be Excluded Plaintiff Criminal Convictions.

1. Plaintiff James McKinnon prose Respectfully moves The Court To Consider This motion in the above captain Case, plaintiff Contend That the Facts are So over wheming in Support of The allegations which he forwarded in the interest of Justice and expedience plaintiff is more likely To Triumph.

By _James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Walker
1153 East Street South
Suffield, CT 06078

2. Plaintiff is serving a 13 year sentenced for robbery in the first degree burglary in the third degree and unlawful restraint in the first Degree. please see; Exhibit "A" mittimus.

3. Plaintiff motion is for mittimus not to come into evidence.

4. The provisions of Rule 609 are subject to Rule 403 which provides that relevant evidence may be excluded if it's probative value is substantially outweighed by the danger of unfair prejudice. please see; Rule 403 Fed. R. Evid.

5. plaintiff motion is serious a conviction and request it's excluded from evidence, if do not have much to do with credibility, and if there is a likelihooh that it would prejudice a jury against plaintiff. please see; Wierstak v. Heffernan, 789 F.2d 968, 972 (1st Cir 1986)(Drug offenses excluded because of their prejudicial nature).

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
     06078

6. Plaintiff contend defendnts are not supposed used conviction to show plaintiff is a bad character and there for ought to lose his lawsuit, or, that plaintiff did something bad in the past so he probodly also did something bad in the case before the court.

(Please see; Rule 404 (b, Fed. R. Evid. Evidence of other crimes is not admissible to prove the character of a person in order to show that he acted in conformity there with.)

By: *James Lee McKinnon*
James Lee McKinnon pro se
MacDougall-Walker
1153- East Street South
Suffield Connecticut
06078

# EXHIBIT A

Exhibit 'A'     *James Lu McKim* (signature)

# MITTIMUS
## STATE OF CONNECTICUT
## SUPERIOR COURT

☒ JUDGMENT
☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a

**INSTRUCTIONS TO CLERK**
Prepare a separate Mittimus for each file.
**TO OFFICER**
Original to receiving facility; return copy to court.

FAXED 12/28

TO: Any Proper Officer

100770  DATE OF DISPOSITION 3-5-02

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN |
|---|---|---|---|
| CR01-195806 | James McKinnon | 11-9-61 | |

NAME AND LOCATION OF RECEIVING FACILITY: Garner Rec. Ctr.
NAME AND LOCATION OF COURT: JD New Britain

☒ CRIME(S) CONVICTED

| First Count - Statute No. | Date of Offense | Second Count - Statute No. | Date of Offense | Third Count - Statute No. | Date of Offense |
|---|---|---|---|---|---|
| 53a-134(a)(3) | 6-6-01 | 53a-103(a) | 6-6-01 | 53a-95 | 6-6-01 |

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 13 yrs. | 5 yrs. conc | 5 yrs. conc | | | | 13 yrs. |

2nd count conc. w/ 1st count
3rd count conc. w/ 1st & 2nd counts

By Order of the Court: 3-5-02

Exhibit "A"   James Lee McKinnon

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>10th</u> Day of March 2004,

Defendants Individual Capacity
<u>Thomas Hunt; Etal
John LaHDa</u>

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
        06105

By x _/s/ James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
     06078