# United States District Court
## District of Connecticut

FILED
2004 MAR 25 P 6: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:02CV2317

VS.    (JCH)(HBF)

Thomas Hunt, ETal    March 18, 2004
John LaHDa

Individual    Capacity Defendants'

Plaintiff's Opposed To Defendant's Memorandum Response Dated March 11, 2004, To Plaintiff's Memorandum Motion To Compel Dated February 19, 2004.

I James McKinnon Plaintiff prose request respectfully that this court not to held me in the same standards as an attorney, Also request consideration in the above captain case.

By X /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker unit
1153-East Street South
Suffield Connecticut
06078

1. Plaintiff was Transfered To Chronic in MacDougall-Walker, 1153-East Street South Suffield CT, 06078; It is 23 hours a day lock down.

2. Also There is no access To any law library material, Plaintiff has mental health problems.

3. At This Time due To The mental health Issues I am dealing with it has become more Than difficult To keep up with work load without access To The proper materials found in The Law Library.

4. It has been brought To my Attention Also That This Correctionl Facility has no Law Library To begin with.

5. Plaintiff's have filed 1983 civil right law Suit against The defendants, Plaintiff Contend That The facts are so over wheming pursait To Rule 37.a, Rule 26,a, also in response To a request for inspection submitted under Rule 34, The defendants Fail To respond.

6. The inspection dated August 14, 2003 was in good faith attempted without Court action befor applying for an order.

*James Lee McKi—*
Bxyx
James Lee McKinnon prose
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
06078

7. Plaintiff's motion dated October 31, 2003 a response to defendant's memorandum with dated of October 27, 2003 for Discovery and inspection of documents, it shows that on paragraph ③ plaintiff has dismiss release of the mental health questions that inmate was subject to, with support of his privacy invasion.

8. Plaintiff ask for release of mental health records and examinations of Inmate Scott Hart had given because from 10-29-02 - To 11-4-02 This inmate was ask day to day by mental Health Correction Staff was he with plaintiff in my cell and he said no; and that he was not violated by the plaintiff.

9. Also plaintiff ask court respectfully to order defendants to give me a copy of the state police report.

10. With respect to the state police report and statement, this is the issues in the case concerning plaintiff.

11. Plaintiff has show the court with respect this information sought is both relevant and essential to the presentation, merits

By× *James Lee McK...*
James Lee McKinnon prose
macDougall-Walker
1153-East Street South
Suffield CT 06078

12. Plaintiff was also not able to provide state police with statement of his own, and to also press charges on defendents for false accusation, This is also Due process violation.

## Certification

I hereby certify That The foregoing was mailed To The defendants Attorney of record This <u>18Th</u> Day of march 2004,

Individual Capacity
Thomas Hunt; ETal
John LaHDa

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street.
Hartford Connecticut
Federal Bar #cT05222

By x _James Lee McKinnon_
James Lee McKinnon
macDougall-Walker
1153 East Street South
Soffield CT
06078