United States District Court
District of Connecticut

FILED
2004 APR -6 P 3: 26
U.S. DISTRICT COURT
BRIDGEPORT. CONN

James McKinnon         Civil no: 3:02cv2317
                              (JCH)(HBF)
     vs.
                              march 28, 2004
Thomas Hunt, ETaL
John    LaH'Da
Defendats    Individual    Capacity

Plaintiff motion with Support for Summary
Judgment under Rule 56, D, F.R.C.P.

1. I James McKinnon prose move this court respect-
fully to contend under Rule 56, D, F.R.C.P. The court at
hearing of the motion by examining the pleading's
and evidence before it and by interrogating counsel
shall if practicble ascertain what material facts
are actually and good faith controverted; IT shall
there upon make an order specifying the facts
that appear without substantial controversy
indduing the extent to which the amout of damages
or other relief is not in controversy and directing
such further proceedings in the action are Juest.

By× James Lee McKinnon
James Lee McKinnon
MacDougall-Correction
1153-East Street South
Suffield CT