# United States District Court

## District of Connecticut

**FILED**

2004 APR -6  P 3: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon   Civil no  3:02cv2317
(JCH)(HBF)

  vs.

March 28, 2004

Thomas Hunt, ETal
John  LaHDa

## Defendants   Individual Capacity

## Plaintiff's Lacal Rule 56(a)(2) STatement

## Argument
## Point '1'

I James McKinnon prose pursuant to Local Rule 56(a) 2. Rule of the United States district court for District of Connecticut, Submit this following Statement of material facts at to which to contend there is genuine issue to be tried.

1. Plaintiff James McKinnon pro, se request this honorable court to not held me in the same Standards as an attorney, also request consideration in the above caption case.

James McKinnon

Byx James McKinnon
James McKinnon pros
MacDougall correction
1153-East Street Som
Suffield Connecticut
06080

①

2. The conduct of the plaintiff disciplinary hearing by defendants denied him the due process of Law.

3. like when prison officials subject inmates To serious punishments like segregation, they must observe the safeguards of due process. Wolff v. mcdonnell, 418 U.S. 539, 556-59, 94 S.CT. 2963 (1974). Gilbert v. Frazier, 931 F.2d 1581, 1582, (7th Cir. 1991). Defendant and hearing officer violated due process requirements in there respects.

4. The refusal To call the plaintiff's witne denied due process. plaintiff have The right To call officer Cutitta witnesses when it is not unduly a hazardous to institutional safety. Wolff v. McDonnell 418 U.S. 539, 566, 94 S.CT 2963 (1974.)

5. Witnesses may be denied for reasons such as "irrelevance lack of necessity or The hazards presented in individual cases. Wolff v. McDonnell 418 U.S. at 566. None of these reasons apply To this case and none of then were stated by the defendants or hearing officer's. This Kind of hearings amounts To The Kind of blanket policy of denying witnesses or Types of witnesses The courts have repeatedly struck down as violation due process. Forbes v. Trigg, 976 F.2d 308, 316-17 (7th Cir. 1992) McFarland v. Cassady 779 F.2d 1426 1428 (9th Cir. 1986) King v. Wells, 760 F.2d 89 93 (6th Cir. 1985) McCann v. Coughlin, 698 F.2d 112, 122-23 (2d Cir. 1983) Bartholomew v. Watson 665 F.2d 915 (9th Cir. 1982)

James McKinnon

By James McKinnon
James Lee McKinnon pro
macDougall-Connectinc
1153. East Street South
Suffield Connecticut

②

# "Exhibit's violation's"

7. Exhibit '1' shows were defenants failed To acknoledge C.T.O watton Plaintiff advocate - due process violation.

8. Exhibit '2' is false disciplinary report.

9. Exhibit '3' is from Plaintiff advocate name is on it witness name is not.

10. Exhibit '4' is from advocate that said officer of unit Cuttitta is plaintiff witness.

11. Exhibit '5' is advocate statement recommendation.

12. Exhibit '6' day of administrative, plaintiff gave this.

13. Exhibit '7' picture also violation hearing without C-T-O, in mental health advocat watton.

14. Exhibit '8' Plaintiff was moved from mental health I.p.m, Two, Segregation after 26 'days which was an Intensive mental Health unit Exibit shows Plaintiff was forced to move to population segregation from the mental health segregation. at Time I was to refused and was gave a class B without Due process of Law the Same advocat oppointed watton was not with me.

James McKinnon
MacDougall
1153-East Street South
Suffield CT 06080

(3)

6. Courts have repeatedly held That The refusal To call witnesses with personal knowledge of The incident in question denies due process. Fox v. Coughlin, 893 F.2d 475, 478 (2d Cir 1990). This is especially so when a prisoner Faces a credibility problem Trying To disprove The charges of a prison inmate with a guard, Ramer v. Kerby, 936 F.2d 1102, 1104 (10th Cir. 1991) and when The defendants hearing officer refuses To hear any witnesses corroborating The accused inmate, Graham v. Baughman 772 F.2d 441, 445 (8th Cir. 1985) Green v. Nelson 442 F. Supp. 1047, 1057 (D. Conn 1977) both of which apply To This case

*James McKinnon*

By *James Lee McKinnon*

James Lee McKinnon pro se
mac Dougall - Correctional
1153-East Street South
Suffield Connecticut
06080

④

## Certification

I hereby certify that the foregoing

was mailed to the defendants Attorney

of record this 28th Day of march, 2004

Individual Capacity

Thomas Hunt, Etal
John LaHDa

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
         06106

By X _James lee mcKinnon pro se_
James lee mcKinnon pro se
macDougall Correctinal
1153- East Street South
Suffield CT 06080

# Disciplinary Process Summary Report – Page 1

## Connecticut Department of Correction

CN 9504
1-10-94

| Unit   Garner C.I. | Report no.   0211026 | Report date   11/05/02 | Hearing date |
|---|---|---|---|

| Inmate name   MCKINNON, JAMES | I.D. no.   100770 | Housing   IPM-2 |
|---|---|---|

| Reporting employee   HUNT | Title   C/S |
|---|---|

| Investigator   D.MORALES | Advocate   WATTON |
|---|---|

| Inmate appearance   ☒ yes   ☐ no | Reason |
|---|---|

| ☐ Suspended sentence | | |
|---|---|---|
| ☐ Deferred prosecution | No. of days | Through |
| ☐ Charge dismissed | By | Reason |

Continuances (dates and reasons):

N/A

## SUMMARY

|  | Charge / Class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | Sex-Mis   /A | NG | NG | |
| Substitute | | | | N/A |

☐ Confidential information    Reliability

Documentation submitted

☐ Incident Report          ☐ Medical Incident Report
☐ Use of Force Report      ☐ Other (specify)

| Witness Name:   N/A | ☐ Appearance |
|---|---|
| Testimony: | |

| Witness Name:   N/A | ☐ Appearance |
|---|---|
| Testimony: | |

| Witness Name:   N/A | ☐ Appearance |
|---|---|
| Testimony: | |

| ☐ Witness Exclusion   Name | Reason |
|---|---|

Physical evidence, written testimony:

CN9503  CN9506,  CN9505

⑥

Case 3:02-cv-02317-JCH   Document #161   Filed 04/02/2004   Page 7 of 25

# Disciplinary Report – Page 1

CN 0603
1-10-94

## Connecticut Department of Correction

| | | |
|---|---|---|
| Unit:  Garner C. I. | Report date: 5 November, 2002 | Report no.  0211036 |
| Inmate Name: James McKinnon | I.D. no. 100770 | Housing: G-118 |
| Location: G-Block | Incident Date: 11/04/02 | Time: 2:00  ☐ a.m. ☒ p.m. |
| Charge: Sexual Misconduct | | Class:  ☒ A  ☐ B  ☐ C |

**Description of violation:**  On the above date and time inmate ▓▓▓▓▓▓▓▓▓▓▓▓ admitted to having Anal Sex with inmate James McKinnon 100770. This act took place on 10/28/02. During questioning inmate McKinnon denied this taking place. But he did give a lot of similarities to inmate Hart's statements.

**Witness(es):**

**Physical evidence:**

| | | |
|---|---|---|
| Reporting employee: Thomas Hunt | *(signature)* | Employee requests copy: ☒ Yes  ☐ No |
| Title: Unit Manager | Date: 5 November, 2002 | Time: 12:00  ☐ a.m.  ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| | | |
|---|---|---|
| ☐ Administrative detention | Date: | Time:  ☐ a.m. ☐ p.m. |
| ☐ Interview accused | ☐ Informal Disposition | |
| Custody supervisor / unit manager signature: *(signature)* | | |
| Title:  LT. | Date:  11/5/02 | Time:  1:54  ☐ a.m. ☒ p.m. |

## INMATE NOTICE

| | | |
|---|---|---|
| Delivered by *(signature)*  (O.K.) | | |
| Title: Corr. Officer | Date:  11/5/02 | Time:  154  ☐ a.m. ☒ p.m. |

⑦



*ExHibiT "299"*

CN 9502
6-15-92

*James McK...*

# Disciplinary Report - 2
## Connecticut Department of Correction

| Investigator | Receipt date *11-06-02* | Time *8⁰⁰* ☑ a.m. ☐ p.m |
|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

| | | |
|---|---|---|
| Alteration of a specimen | Escape | Secreting identity |
| Arson | Felonious misconduct | Security risk group affiliation |
| Assault | Fighting | Security tampering |
| Bribery | Flagrant disobedience | Self-mutilation |
| Contraband (dangerous instrument escape item, unauthorized currency, drug, paraphernalia, intoxicating substance, tattoo equipment) | Hostage holding | Sexual misconduct |
| | Interfering with safety or security | Theft ($100 and over) |
| | Intoxication | Threats |
| Creating a disturbance | Refusal to give a specimen | Violation of program provisions |
| Destruction of property ($100 &over) | Riot (requires Commissioner's declaration) | |

## Class B

| | | |
|---|---|---|
| Bartering | Destruction of property (under $100) | Misdemeanant misconduct |
| Causing a disruption | Disobeying a Direct Order | Out of place |
| Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures) | Gambling | Public indecency |
| | Giving false information | Theft (under $100) |
| | Insulting language or behavior | |

## Class C

| | | | |
|---|---|---|---|
| Disorderly conduct | Malingering | Sanitary/housing violation | Violation of unit rules |

Waiver of 24-hour notice: I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

Waiver of appearance: I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

Guilty plea: I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature | Date |
|---|---|
| Investigator Signature | Date |

| ☐ Prosecution deferred by disciplinary coordinator | Through date |
|---|---|
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

# Disciplinary Process Summary Report – Page 2
### Connecticut Department of Correction

CN 9504
1-10.94

**Basis for finding:**

No Staff witnessed the event. Inmate witness not credible —

— Not Guilty finding —

**Basis for sanctions:**

1. AD 9.5
2. Nature of Offense
3. Facility Recommendation

## DISPOSING OFFICER

| | |
|---|---|
| Hearing officer signature | Date 11/26/02 |
| Disciplinary coordinator signature | Date |
| Investigator signature | Date |

## INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days

| | |
|---|---|
| Delivering officer signature | Date -11/26/02 |

Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file

(9)

# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN 9402
1-10-94

| | | |
|---|---|---|
| Unit **Garner C.I.** | Report no. **0211026** | |
| Inmate name **MCKINNON, JAMES** | I.D. no. **100770** | Report date **11/05/02** |
| Investigator **D.MORALES** | | Housing **G-116** |
| Advocate **WATTON** | Date advocate notified **11/16/02** | |
| ☐ Advocate refused | Inmate signature | |

## ACCUSED INMATE INTERVIEW

Inmate informed of process of investigation and hearing    **X** yes    ☐ no

Inmate's version of incident: **IT DIDN'T HAPPEN THAT'S IT!**

## INMATE WITNESS REQUEST

Inmate requests witness(es)    yes    **X** no

If no, inmate signature    **REFUSED TO SIGN**

Witness name

Nature of testimony:    **SEE WRITTEN STATEMENT.**

Witness name |

Nature of testimony    **SEE WRITTEN STATEMENT.**

Witness name

Nature of testimony    | **SEE WRITTEN STATEMENT.**

⑩

## Advocate Investigation Report - Page 1
### Connecticut Department of Correction.

CN 9806
Attachment 6
1-12-98

Inmate name  McKinnon  James                    Inmate no:  100770

Disciplinary report no:  021026                 Report date  11/05/02

Advocate  Walton                Offense  Sexual Misconduct

Date and time investigation initiated  11/18/02    1:00 pm

### ACCUSED INMATE INTERVIEW

Inmate States that Incident never
Happened.  States c/o could IS his
witness.

I fully acknowledge that I have met with my advocate.                Date
Inmate Signature  James Lee McKinnon                    11/18/02

(11)

# Advocate Investigation Report Page 2
## Connecticut Department of Correction

### INMATE WITNESS(ES) STATEMENT(S)

| Inmate name | Inmate no. |
|---|---|
| | |

| Inmate name | Inmate no. |
|---|---|
| | |

### STAFF WITNESS(ES) TESTIMONY

| Name | Title |
|---|---|
| | |

| Name | Title |
|---|---|
| | |

### ADVOCATE'S CONCLUSION AND RECOMMENDATION

Coun out Da Investahing Findings

| Advocate signature | Date |
|---|---|
| | |

(12)



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

*EXHIBIT A (6) James McKim*

CN 9401
Attachment C, Page 1
5-3-94

**Facility:** Garner Correctional Institution

**Inmate Name:** McKinnon, James          **Inmate Number:** 100770

## Section 1: Status

Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| ___ Transfer Detention | Date: | ___ Administrative Segregation | Date: |
|---|---|---|---|
| X  Administrative Detention | Date: 11/04/02 | ___ Punitive Segregation | Date: |
| ___ Administrative Segregation Transition | | Date: | |

## Section 2: Reason For Placement

The inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:

Inmate McKinnon, James #100770 was placed on administrative detention pending investigation for alledged Sexual Misconduct.    **and pending a D/R for DADO and Sexual Misconduct D/R**

| Signature of Supervisor: Lt. Hardy | Date: 11-04-02 | |
|---|---|---|
| Inmate given copy of this form: YES | Time: 10:00PM | Date: 11-04-02 |

(13)

Exhibit (17)) James McKinnon

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| Unit Garner C.I. | Report date 11-4-02 | Report no. 0211019 |
|---|---|---|
| Inmate name McKinnon, James | I.D. no. 100770 | Housing F-203 |
| Location F-203 | Incident Date 11-4-02 | Time 10⁰² ☐ a.m. ☒ p.m. |
| Charge D.A.D.O. | | Class B |

**Description of violation:** On the above date and time, I Im McKinnon refused two direct orders to have his picture taken after having been escorted to F-203 (Restrictive Housing). Counselor Supervisor Hunt notified and D.R. issued. MA.

**Witness(es):**

**Physical evidence:**

| Reporting employee Michael Acherman | Employee requests copy ☒ yes ☐ no |
|---|---|
| Title C/O | Date 11-4-02 | Time 10³⁰ ☐ a.m. ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☐ Administrative detention | Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|
| ☐ Interview accused | ☐ Informal Disposition | |
| Custody supervisor / unit manager signature | | |
| Title Lieutenant | Date 11/4/02 | Time 1035 ☐ a.m. ☒ p.m. |

## INMATE NOTICE

| Delivered by M. Hendy | | |
|---|---|---|
| Title C/O | Date 11-4-02 | Time 10³⁵ ☐ a.m. ☒ p.m. |

(14)



# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN 9503
1-10-94

*Exhibit "99" James McKin*

| Investigator | | Receipt date *11-5-02* | Time *800* | ☒ a.m. | ☐ p.m. |
|---|---|---|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

Alteration of a specimen
Arson
Assault
Assault on a DoC employee
Bribery
Contraband (dangerous instrument  escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DoC employee
Impeding order
Interfering with safety or security
Intoxication
Refusal to give a specimen

Riot (requires declaration by DoC Commissioner)
Secreting identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of program provisions

## Class B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving False information
Insulting language or behavior

Misdemeanant misconduct
Out of place
Public indecency
Theft (under $100)

## Class C

Disorderly conduct          Malingering          Sanitary/housing violation          Violation of unit rules

**Waiver of 24-hour notice:** I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature | Date |
|---|---|
| Investigator / hearing officer Signature | Date |

| ☐ Prosecution deferred by disciplinary coordinator | Through date |
|---|---|
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

(15)

EXHIBIT ... (handwritten)

# Disciplinary Investigation Report – Page 1
## Connecticut Department of Correction

CN 9402
1-10-84

## SUMMARY

**Facts:** DURING INVESTIGATION INTERVIEW SAID INMATE CLAIMS THAT HE TOOK A PICTURE DOWNSTAIRS. UPON FURTHER INVESTIGATION THE SAID STAFF MEMBER STATED THAT THIS INMATE WAS GIVEN SEVERAL DIRECT ORDERS TO COMPLY TO HAVING HIS PICTURE TAKEN ONCE HE WAS PLACED IN RESTRICTIVE HOUSING BUT CONTINUED TO REFUSE. THAT FACTS REMAIN THAT THE SAID INMATE FAILED TO COMPLY WITH THE STAFF MEMBER INSTUCTIONS. WITH THE BODY OF THE REPORT A GUILTY FINDING IS REQUESTED.

### RECOMMENDED SANCTIONS
**7 DAYS PUN SEG**
**15 DAYS CTQ**
**30 DAYS LOP**

## INVESTIGATOR RECOMMENDATIONS

☐ recommend deferred prosecution

☐ recommend dismissal

☐ recommend substitute charge

☐ other, specify:

Reason:

| Investigator signature | D.MORALES | Date | 11/16/02 |
|---|---|---|---|

Copy: Inmate master file

⑰

Exhibit  PC (3)  James McK...

# Advocate Investigation Report - Page 1
## Connecticut Department of Correction.

CN 0509
Attachment J
1-12-98

| | | | | |
|---|---|---|---|---|
| ate name | MCKINNON James | | Inmate no. | 100770 |
| sciplinary report no | 0211019 | | Report date | 11/04/02 |
| vocate | Walton | Offense | D.A.D.O | |
| te and time investigation initiated | 11/18/02 | 1:00 pm | | |

## ACCUSED INMATE INTERVIEW

In mate States He Took The picture.
Stated That LT Handy Took The picture.

Inmate signature I acknowledge that I have met with my advocate

| | Date |
|---|---|
| mate signature   James Lu McK... | 11/18/02 |

(18)

Advocate Investigation Report - Page 2
Connecticut Department of Correction    Page 18 of 25
Case 3:02-cv-02317-JCH   Document 78-3   Filed 04/06/2004   Page 18 of 25

Exhibit ppp99 Jan No.

CN 9509
Attachment 5
1-18-01

## INMATE WITNESS(ES) STATEMENT(S)

| Inmate name | Inmate no. |
|---|---|
|  |  |

| Inmate name | Inmate no. |
|---|---|
|  |  |

## STAFF WITNESS(ES) TESTIMONY

| Name | Title |
|---|---|
|  |  |

| Name | Title |
|---|---|
|  |  |

## ADVOCATE'S CONCLUSION AND RECOMMENDATION

Concur with Dr Tennistehing Fudings

| Advocate signature | Date |
|---|---|
|  |  |

(19)

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 9503
1-10-94

| | | |
|---|---|---|
| Unit Garner Correctional Institute | Report date 11/25/02 | Report no. 0211114 |
| Inmate name McKinnon, James | I.D. no. 100770 | Housing IPm-2 (607) |
| Location IPm-2 | Incident Date 11/25/02 | Time 3:10 ☐ a.m. ☒ p.m. |
| Charge Disobeying A Direct Order | | Class B |

**Description of violation:** ON the Above Date And Time this officer (c/o Minnis) Gave Inmate McKinnon, James # 100770 A Direct Order to Pack his property and move to Foxtrot. this Inmate refuse and Stated "I'm not going Anywhere because I'm in the program."

**Witness(es):**

**Physical evidence:**

| | | | | |
|---|---|---|---|---|
| Reporting employee C/o Minnis | | Employee requests copy ☐ yes ☐ no | | |
| Title Correction Officer | Date 11/25/02 | | Time 3:10 ☐ a.m. ☒ p.m. | |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| | | | |
|---|---|---|---|
| ☐ Administrative detention | Date | Time | ☐ a.m. ☐ p.m. |
| ☐ Interview accused | ☐ Informal Disposition | | |
| Custody supervisor / unit manager signature | | | |
| Title | Date 11/25/02 | Time 400 | ☐ a.m. ☒ p.m. |

## INMATE NOTICE

Delivered by Doo

| | | |
|---|---|---|
| Title C/O | Date 11-25-02 | Time 520 ☐ a.m. ☒ p.m. |

(20)

# Disciplinary Process Summary Report – Page 1
## Connecticut Department of Correction

CN 9504
1-10-94

| Unit  Garner C.I. | Report no.   0211114 | Report date   11-25-02 | Hearing date   N/A |
|---|---|---|---|

| Inmate name   McKINNON | | | |
|---|---|---|---|

| Reporting employee   MINNIS | I.D. no.  100770 | Housing   IPM-2 |
|---|---|---|

| Investigator   Morales | Title   C/O |
|---|---|

| | | Advocate   N/A |
|---|---|---|

| Inmate appearance | ☐ yes  ☒ no | Reason   Pled guilty to Investigator |
|---|---|---|

| ☐ | Suspended sentence | | |
|---|---|---|---|
| ☐ | Deferred prosecution | No. of days | Through |
| ☐ | Charge dismissed | By | Reason |

Continuances  (dates and reasons):

## SUMMARY

| | Charge / Class | Plea | Finding | Sanctions |
|---|---|---|---|---|
| Original | D.A.D.O. / B | Guilty | Guilty | 5 P/S TIME SERVED |
| Substitute | | | | 15 LOM THRU 4-04-03 |

| ☐ Confidential information | Reliability |
|---|---|

Documentation submitted
☐ Incident Report      ☒ Medical Incident Report
☐ Use of Force Report      ☐ Other (specify)

| Witness Name: | ☐ Appearance |
|---|---|
| Testimony: | |

| Witness Name: | ☐ Appearance |
|---|---|
| Testimony: | |

| Witness Name: | ☐ Appearance |
|---|---|
| Testimony: | |

| ☐ Witness Exclusion | Name | Reason |
|---|---|---|

Physical evidence, written testimony:

(21)

Exhibit (78°) James Mck

# Disciplinary Process Summary Report – Page 2
## Connecticut Department of Correction

CN 9504
1-10-94

**Basis for finding: Pled Guilty to Investigator**

**Basis for sanctions: Sanctions deemed necessary to deter future misconduct.**

## DISPOSING OFFICER

| | |
|---|---|
| Hearing officer signature | Date |
| Disciplinary coordinator signature | Date |
| Investigator signature          Morales | Date |

## INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days

| | |
|---|---|
| Delivering officer signature | Date |
| Copies (5): investigator, reporting employee, inmate, disciplinary file, and inmate master file | |

22

EXHIBIT // 8 )) James McKenna

# Disciplinary Report - Page 2
## Connecticut Department of Correction

CN 9508
1-10-94

| Investigator | Receipt date 11/26/02 | Time 800 ☒ a.m. ☐ p.m. |
|---|---|---|

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## Class A

Alteration of a specimen
Arson
Assault
Assault on a DoC employee
Bribery
Contraband (dangerous instrument escape item, unauthorized currency, drug paraphernalia, intoxicating substance, tattoo equipment)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DoC employee
Impeding order
Interfering with safety or security
Intoxication
Refusal to give a specimen

Riot (requires declaration by DoC Commissioner)
Secreting identity
Security risk group affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of program provisions

## Class B

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts, displaying nude or sexually explicit pictures)

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving False Information
Insulting language or behavior

Misdemeanant misconduct
Out of place
Public indecency
Theft (under $100)

## Class C

Disorderly conduct          Malingering          Sanitary/housing violation          Violation of unit rules

**Waiver of 24-hour notice:** I hereby waive my right to a 24 hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Waiver of appearance:** I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea

| Inmate Signature | Date |
|---|---|
| Witness Signature | Date |

**Guilty plea:** I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate Signature X. James McKenna | Date 12-4-02 |
|---|---|
| Investigator / hearing officer Signature | Date 12.4.08 |
| ☐ Prosecution deferred by disciplinary coordinator | Through date |
| Disciplinary coordinator Signature | Date |
| Inmate Signature | Date |

Exhibit "8" James McK 23 of 25



# RESTRICTIVE HOUSING UNIT STATUS ORDER

## Connecticut Department of Correction

CN 9401

Attachment C, Page 1

5-3-94

Facility:  Garner Correctional Institution

Inmate Name:    James McKinnon

Inmate Number:   100770

## Section 1: Status

### Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| | | | |
|---|---|---|---|
| ☐ Transfer Detention | Date: | ☐ Administrative Segregation | Date: |
| ☒ Administrative Detention | Date: 11/25/02 | ☐ Punitive Segregation | Date: |
| ☐ Administrative Segregation Transition | | Date: | |

## Section 2 : Reason For Placement

The inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:

Inmate James Mc Kinnon 100770 is placed on administrative detention status pending outcome of a

disciplinary report for:  DADO (inmate refused to transfer to F-Unit from IPM-2)

| | | | |
|---|---|---|---|
| Signature of Supervisor:  *Capt. J, Delgado/* | | | Date: 11/25/02 |
| Inmate given copy of this form: yes | Time:   4    ☐ a.m. ☒ p.m. | | Date: 11/25/02 |

(24)



# RESTRICTIVE HOUSING UNIT STATUS ORDER
## Connecticut Department of Correction

CN 9401
Attachment C, Page 2
5-3-94

| Section 3 : Review (Administrative Detention Only) | | |
|---|---|---|
| Continue Placement Reason: Pending D/R Investigaton | | |
| 72 Hour Review Signature: | Title: *Mjr* | Date: 11-27-0~ |
| 6 Day signature | *Mjr* | 11-29-02 |
| Continue Placement Reason: | Pending D/R Investigation | |
| 9 Day Signature: | Title: Major | Date: 12/2/02 |
| Continue Placement Reason: | | |
| 12 Day Review Signature: | Title: | Date: |

| Section 4 : Release |
|---|
| 12-4-02 Received Time Served – Moved to H-Block |

| Signature of Releasing Authority: | Date: 12-4-02 |
|---|---|

\* If the Releasing Authority is higher than the Unit Administrator, the Unit Administrator shall sign and so indicate under the reason for release.

| Distribution: | Original – Warden (Inmate file on Completion)<br>First Copy – Inmate (Initial Placement Only) |
|---|---|

(25)





# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### WARD A. GARNER CORRECTIONAL INSTITUTION
#### 50 NUNNAWAUK ROAD / POST OFFICE BOX 5500
#### NEWTOWN, CONNECTICUT 06470-5500

**Warden Giovanny Gomez**

Tuesday, 18 March, 2003

Inmate James McKinnon#100770
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Inmate McKinnon,

I have reviewed your Disciplinary Report Appeal for Disobeying a Direct Order (11/25/02), Class B, I find that the adjudication was just.

The facts in the case were appropriately tried by the Hearing Officer, which included listening to and deliberating your defense to the charge.

The Hearing Officer's finding was, thus, reasonable based on the information and evidence presented. I, therefore, find no reason to reverse or modify the Hearing Officer's decision.

The finding and disposition are affirmed.

This type of behavior or any misconduct is unacceptable and affects the orderly operations of this Department.

Sincerely,

Giovanny Gomez, Warden

cc: Disciplinary Officer