# United States District Court
## District of Connecticut

**FILED** 2004 APR -6 P 3: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon  Civil No. 3:02CV2317

vs.                             (JCH)(HBF)

Thomas Hunt, Et Al
John LaHDa    March 28, 2004
Defendants   Individual Capacity

Plaintiff Local Rule 56(a), 2 Statement.

Plaintiff Issues Are Genuine of material fact That Preclude Summary Judgment for the Defendants on Plaintiff's Claim's.

1. Summary judgment is To be granted only if the record before the court Show's that there is no genuine issue as to any material fact, and that the moving party is entitled to a jodgment as a matter of Law. Rule 56,D, Fed. R. Civ. P a material fact is one that might offect the out come of the suit under the governing law. Anderson v. Liberty Lobby. Inc 477 U.S. 242. 248 (1986). By x /s/ James McK___

James McKinnon Pro s
MacDougall-Correction
1153 East Street South
Soffield Connecticut
06080

2. The factual dispute is also material under the governing law whether the use of force also defamation injuring, slander by prison staff violates the Eighth Amendment depends on whether it was applied in a good faith, effort to maintain or restore discipline or maliciously and sadistically to cause harm.'

Husdson V. McMillian U.S. 112. S.CT. 995, 998-99 (1992)
Whitley V. Albers, 475 U.S. 312, 320-21, 106 S.CT 1078 1986).

3. The facts alleged by the plaintiff are evidence that the defendants "were acting maliciously and sadistically to cause harm" Exhibits would support a jury verdict in the plaintiff's favor.

## Conclusion

For the foregoing reasons the defendants motion for summary judgment should be denied.

By: James Lee McKinnon
James Lee McKinnon, pro se
MacDougall-Correctional
1153-East Street South
Suffield Connecticut

060

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>28th</u> Day of March, 2004

Individual Capacity
Thomas Hunt, Etal
John LaHDa
_____

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06106

By x *James Lee McKinnon*
_____
James Lee McKinnon prose
MacDougall-Correctinal
1153- East Street South
Suffield Connecticut
06080