# United States District Court
# District of Connecticut

FILED
2004 APR -6 P 3: 26
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon          Civil no. 3:02CV2317
                              (JCH)(HBP)
VS.
                              March 28, 2004
Thomas Hunt, Etal
John LaHDa
Defendants Individual Capacity

## Plaintiff's Local Rule 56(a),2, Statement

I James McKinnon pro-se pursuant to Local Rule 56(a), 2. Rule of the United States District Court for District of Connecticut; Submit this Following statement of material facts at to which to contend there is genuine issue to be Tried.

1. Plaintiff James McKinnon pro-se request this honorable court to not held me in the Same Same-Standards as an attorney, also request consideration in the above caption case.

Byx _James Lee McKinnon_ (signature)
James Lee McKinnon pro-se
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

(1)

2. Plaintiff have filed 1983 civil right law suit against the defendants, Plaintiff contend that the facts are so over wheming in support of allegations which he forwarded in the interest of justice and expedience; with a opportunity to pursue discovery request that has not granted in this case; with fact plaintiff is more likely to Triumph.

3. Plaintiff is an inmate of the Connecticut Department of Correction Macdougall Correctional in Suffield Connecticut 06080

4. Defendat Thomas Hunt is employed by the Connecticut Department of Correction institution in cheshire Connecticut 06410

5. Plaintiff has genuine exhibits answers at the times mentioned in this defendants affidavit; in the complaint defendant was a unit manager at garner correctional institution mental Health units (F,G,H,. Also I,p,m, Two Segregation for mental health inmates with a program in segregation at Same Time.

6. Defendant John Lahda is employed by the Connecticut Department of Correction as a major at the garner correctional institution in newtown Connecticut, 06470

By: /s/ James Lee McKinnon
James Lee McKinnon, prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

(2)

7. Plaintiff has genuine Exhibits answers in affidaivt of James McKinnon pro, se.

8. This is a 1983 action filed by a prisoner at MacDougall Correctional Facility seeking damages, a judgment relief based on the defendants have filed a motion for summary judgment.

9. At the plaintiff's claims against defendants Thomas Hunt and John LaHDa, arguing their conduct did violate the plaintiff constitutional rights, defendants faile to acknoledge plaintiff advacate due process violation. Also disciplinary is false report; Also a violation due process Plaintiff was not allowed to have Time with Statepolice for my own statement, also to press charges on defendants for aggravated aggressive supervised procedures.

By x _James Lee McKinnon_
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

10. The plaintiff's declaration submited in response to the defendants motion states that on december 4, 2002 plaintiff was not returned to G-unit he was moved to H-unit on 12-5-02 and clearly this is just like a sanction for the sexual assault charge like a sanction for the sexual assault charge that was changeover to sexual misconduct with a disciplinary.

11. Plaintiff was 23#day's in administrative segregation, I P m, Two, for mental health inmates and found not guilty on 11-26-02; The move to F-unit, that's segergation for poplation inmates plaintiff, was without advocate (C, T, O) in mental health watton at Hearing, that's a due process violation.

Byx /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Correctional
1153-East Street South
Suffield Connecticut
06080

(4)

12. And plaintiff was found not guilty of sexual misconduct; but guilty of not moving from I.P.M. two, that's mental health segregation for plaintiff; on 11-13-02 to F-unit segregation for population inmate's this was also without mental health C-T-O Advocate Watton, violation due process.

13. Plaintiff moved from F-unit to H-unit it house mental health inmates that have to be with a staff escort when they leave the unit. Also plaintiff was move from this unit because of complaint on staff in this unit Saundra Leak.

14. This is a game on plaintiff of abuse by defendants in Exhibit's by major John LaHDa and Thomas Hunt to have plaintiff with people that breach confidetiality onetime befor, of Doe v. Meachum.

By x _James Lee McKinnon_ prose
MacDougall Correctional
1153-East Street South
Suffield Connecticut
06080

15. Defendants can be held liable for conditions that's dangerous on inmate, please review the exhibits to keep plaintiff in a lock down unit "I-p-m" Two segregation in a intensive mental health unit continue to keep plaintiff out the law library.

16. In such cases lower courts have held that deliberate indiference my be shown by a series of incidents closely related in time by systematic deficiencies in staffing facilites procedures that make suffering inevitable. Villante v. Dept of Corrections of City of New York 786 F.2d 516 519 (2d Cir 1986) deliberate indifference may be shown by knowing acquiesceence in the unconstitutional behavior of subordinates persistently violating a statutory duty to inquire about such behavior and to be responsible for preventing it failure to train or supervise an officer official acquiescence in the continued existence of the prison conditions which them selves, are so injurious to prisoners that they amount to a constitutional violation) Also, please see; Gilland v. Owens 718 F.Supp. 665 687 (W.D.Tenn 1989) (intentional and deliberate decisions and procedures that do not protet inmates rights to personal safety or systematic deficiencies in facilites, procedures or staffing can constitute deliberate indifference. please see, Exhibits

Byx /s/ James Lee McKinnon
James Lee McKinnon pro se
MacDougall-Correctional
1153-East Street South
Suffield CT 06080

(6)

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of Record this <u>28th</u> Day of march 2004.

Individual Capacity

Thomas Hunt, Etal
<u>John LaHDa</u>

Robert F. Vacchelli
Assistant Attorney General
110, Sherman Street
Hartford CT 06106

By x _James Lu McKinnon_
James Lee McKinnon prose
MacDougalt Correctinal
1153-East Street South
Suffield Connecticut
06080

Exhibits are a pattern of Behavior violation's on Plaintiff from the Defendants Continue.

1. Exhibit '1' is intensive mental health unit that was Segergation for population, now its segregation for mental health, also intensive mental health program 23, hours a day lock down. The defendants selected to keep plaintiff in this unit and out the library (with the pattern of violations on me.

2. Exhibit '2' C-T-O, migliaro told plaintiff that Someone was supose to tell me that I can go Back to G-unit not Today, I came from Court my things was move to H-unit by defents, I then asked him if I plaintiff could wait in Segregation in to that time came because of things I've been through with C-T-O, hicks and The Two Counselor's Rosa Carmen + Saundra Leak Exhibit '2'.

By: *James Lee McKinnon*
James lee McKinnon prose
MacDougall- Correction
1153- East Street South
Suffield Connecticut
06080

(9)

3. Exhibit '3' C-T-0, migliaro told plaintiff just stay away from them, unit manager defendant Thomas Hunt came over 12-21-01 to H-unit the moning 9:30 Am he said I'd be going back over to G-unit that Thrusday, then plaintiff ask if he could sign in to segregation, unit manger Hunt said if you do, you will not be going back to G-unit that Thrusday, reason it's been '2' week's since people heard from plaintiff after that was when unit manager Hunt said he was going to bring plaintiff back to G-unit, he just came from major John LaHDa defendant office and he said I was not going back to G-unit.

4. Exhibit '4' Plaintiff was on loss of mail for sanction 30 'day's plaintiff sent out Legal mail Exhibits '4' with out attorney and Legal mail on the envelope, and 3 day's after defenants to keep plaintiff in the lock down program, gave me this disoplinary, and sanctions imposed was 15 'day's in segregation and 30 'day's Loss of mail 90 'day's no commissiay 90 'days over in the program, The legal mail was to pro, Bono program, plaintiff said this.

By x *James Lee McKinnon*
James Lee McKinnon
MacDougall-Correctic
1153-East Street South
Suffield CT 06080

(10)

5. Exhibit "5" is letter to Commission on Human rights for the violation's from Defendants, to keep plaintiff in the lockdown Intensive mental health program after 90th day' is evidnce Exhibit "5".

6. Exhibit "6" plaintiff was on single cell status because he just came out the intensive mental health program, same status when defendants phone the state police 11-4-02 and said I plaintiff sexual assault the inmate Scott Hart.

7. Exhibit "7" plaintiff sent a inmate grievance to Commissioner John Armstrong, and because defendants phone the state police on plaintiff and said he is a threat. This Exhibit "7" came from Commissioner.

8. Exhibit "8" Deputy Commissioner Jack Tokarz correspondence; he addressed them but he was not notify of the keeping plaintiff in segregation for a disciplinary regarding the same thing.

By x _James Lee McKinnon_
James Lee McKinnon prose
MacDougall Correctional
1153- East Street South
Suffield Connecticut
06080

9. Exhibit "9" is Plaintiff medical on the day state police was phone 11-4-02, plaintiff was escort out the library Legal work, To Lieutenant office in handcuffs To Intensive mental health unit, also it's segregation and the program name I p m "2".

10. Exhibit "10" is also plaintiff medical on same day police was phone.

11. Exhibit "11" is Plaintiff mental health doctor.

12. Exhibit "12" Plaintiff said he is to go suicidal to stay out segregation thats I p m "2".

13. Exhibit "13" is request to warden Mr. Giovanny Gomez because I was move to H-unit 12-4-02 with the people that breach my confidetiality befor,, not a thing from him.

14. Exhibit "14" is the same thing from staff in H-unit misconduct on plaintiff.

15. Exhibit "15" is a statement from a inmate and plaintiff aske the inmate to have it sworn to with the counselor thats a notary public.

By x James McKinnon
James McKinnon prose
MacDougall-Correctio
1153-East Street South
Suffield CT 06080

(12)

16. Exhibit "16" From the abuse plaintiff Think garner's officer are assigned to work in the jail and following with permission to come in my cell again on me, ~~you~~ yes I am Frighten of the defendants that have brought me to segregation for abuse..

17. Exhibit "17" is a defendant in H-unit Same thing breach my confidetiality name is on Exhibit '2' Also.

18. Exhibit "18" H-unit I Question This Book.

*James Lee McKinnon*

By *James Lee McKinnon*

James Lee McKinnon prose
macDoogall Correctional
1153-East Street South
Suffield Connecticut
06080