### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2317(JCH) |
| VS. | : | |
| | : | |
| THOMAS HUNT, ET AL. | : | APRIL 6, 2004 |

### MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION WITH SUPPORT FOR SUMMARY JUDGMENT UNDER RULE 56 D F.R.C.P. DATED MARCH 28, 2004

By pleading dated March 28, 2004, plaintiff filed a pleading entitled "Plaintiff's Motion with Support for Summary Judgment under Rule 56 D, F.R.C.P." which appears to ask the Court to ascertain what material facts exist without substantial controversy, and what material facts are actually and in good faith controverted, should the case proceed to trial.

As advocated in their Motion for Summary Judgment dated January 26, 2004, the defendants urge the court to find no material facts in dispute, and to find that defendants are entitled to judgment as a matter of law.

DEFENDANTS,
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day

of April, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06078

 /s/
Robert F. Vacchelli
Assistant Attorney General

2