UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:02-cv-2317(JCH) |
| | : | |
| v. | : | |
| | : | |
| THOMAS HUNT, ET AL | : | MAY 4, 2004 |
|     Defendants | : | |

## DISCLOSURE NOTICE

The undersigned's spouse recently undertook the representation of John Rowland, Governor of Connecticut, in a state civil lawsuit filed against him and others. <u>Town of New Hartford, et al v. John G. Rowland, et al</u>, Superior Court, Judicial District of Hartford, CV-04-0832158S. He was retained by the Office of the Connecticut Attorney General, and his fees will be approved and paid by that Office. He is not involved in any way in the above-captioned action or the subject matter of it.

It is the conclusion of this court that there is no basis to disqualify myself from this matter under Canon 3C of the Judicial Code of Conduct. Thus, I do not intend to recuse or to initiate the remittal process, nor am I seeking the consent of the parties to hear and decide this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of May, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge