**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
|  |  | PRISONER |
| JAMES McKINNON | : | CIVIL NO. 3:02CV2317 (JCH) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | AUGUST 9, 2004 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR**
**APPEAL OF JUDGMENT DATED JULY 23, 2004**

By pleading dated July 23, 2004 entitled "Plaintiff Motion for Appeal of Judgment" with a Second Circuit Motion Information Statement received August 4, 2004, plaintiff pro se inmate seeks money damages. The motion is foreign to any practice familiar to defendants, but to avoid the risk of allowing it to be granted absent objection, defendants hereby oppose the motion.

In this case, plaintiff sought money damages from prison officials after he was found not guilty, after hearing, on a prison disciplinary report for sexual assault based on the complaint by a fellow inmate. The District Court rendered summary judgment in favor of the defendants on May 17, 2004. See, Ruling and Judgment, Exhibit A. Subsequently, by pleading dated May 26, 2004 and received June 7, 2004, plaintiff filed a Motion to Alter or Amend the Judgment, purportedly pursuant to Rule 59, F.R.Civ.P. That Motion is still pending.

To the extent that plaintiff's recent Motion for Appeal of Judgment seeks the same relief, it should be denied. Judgment has already been entered in this matter and plaintiff's recourse is to appeal following disposition of his Rule 59 motion, unless the court construes his Motion for Appeal of Judgment as a premature Notice of Appeal. Rule 4(a)(4)(B)(i), F.R.App.P.

Accordingly, we urge the court to deny plaintiff's Motion for Appeal of Judgment.

DEFENDANTS
Thomas Hunt, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:      /s/
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day

of August, 2004:

    James McKinnon, Inmate No. 100770
    Corrigan-Radgowski Correctional Center
    986 Norwich-New London Tpke
    Uncasville, CT 06382

      /s/
    Robert F. Vacchelli
    Assistant Attorney General

2