UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON

v.

THOMAS HUNT
JOHN LAHDA

PRISONER
CASE NO. 3:02cv2317 (JCH)(HBF)

## J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motions and all the related papers. On May 17, 2004, the Court filed its Ruling on Motions for Summary Judgment granting defendants' motion and denying plaintiff's motion.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 18th day of May, 2004.

KEVIN F. ROWE, Clerk

By   /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____