FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 AUG 16 P 3: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

100770
James McKinnon

v.

Thomas Hunt
John LaHD

CIVIL CASE NO. 3:02-CV 2317 (JCH)(HBF)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __James McKinnon__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (describe the Judgment or Order):

On May 17, 2004 The court granted defenants' motion for Summary judgement

2. The Judgment/Order in this action was entered on __July 30 2004__.
(date)

_James Lu McKinnon_
Signature

James Lee McKinnon
Print Name

Corrigan Rodgowski
986, Norwich new London
Uncasvill CT, 06382
Address

Telephone Number

Date: 8-9-2004

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).