UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES McKINNON              :
                            :            PRISONER
     v.                     :   Case No. 3:02CV2317(JCH)(HBF)
                            :
THOMAS HUNT, et al.         :
```

RULING AND ORDER

Judgment entered in favor of defendants on May 19, 2004. On July 1, 2004, the court received plaintiff's motion seeking appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. Because this case is closed, plaintiff's motion [**doc. #88**] is **DENIED**.

Any motions seeking appointment of counsel to help plaintiff pursue his appeal should be filed with the court of appeals.

**SO ORDERED.**

Entered this 31st day of August, 2004, at Bridgeport, Connecticut.

```
                    ___/s/_____
                    HOLLY B. FITZSIMMONS
                    UNITED STATES MAGISTRATE JUDGE
```