UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:02CV2317 (JCH)(HBF) |
| v. | : | |
| THOMAS HUNT, ET AL. | : | NOVEMBER 5, 2004 |

**DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO OBJECT**

By pleading dated October 31, 2004 titled "Plaintiff's Motion is To object Defendants Opposition Dated October 15, 2004, Plaintiff respectfully Issues Are Genuine of Material Facts for Leave To File Amended Complaint Adding new party moe Morales", plaintiff reiterates his request to amend his complaint again in this case.

Because defendants are required to respond to the pro se inmate's pleading or risk that it may be granted absent objection, defendants herein reiterate that they are opposed to plaintiff's position on this topic for the reasons explained in their Memorandum in Opposition To Plaintiff's Motion to Seek Leave To File Amended Complaint dated October 15, 2004.

                                    DEFENDANTS
                                    Thomas Hunt, et al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

            BY:      /s/
                         Robert F. Vacchelli
                         Assistant Attorney General
                         110 Sherman Street
                         Hartford, CT  06105
                         Federal Bar #ct05222
                         E-Mail: robert.vacchelli@po.state.ct.us
                         Tel.: (860) 808-5450
                         Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of November, 2004:

James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

                                            /s/
                                    Robert F. Vacchelli
                                    Assistant Attorney General