# MANDATE

D. Conn.
02-cv-2317
Hall, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of March two thousand five,

Present:
> Hon. Jon O. Newman,
> Hon. Chester J. Straub,
> Hon. Richard C. Wesley,
> > *Circuit Judges.*

James McKinnon,

> Plaintiff-Appellant,

v.

04-4167-op  04-4573-pr

Thomas Hunt, John Lahda,

> Defendants-Appellees.

Appellant, *pro se*, moves for *in forma pauperis* status and for appointment of counsel. This Court construes the motions to have been filed in both docket no. 04-4167-op and docket no. 04-4573-pr. Upon due consideration, it is ORDERED that the motions are denied. The appeal in docket no. 04-4167-op is dismissed and the appeal in docket no. 04-4573 shall not be reinstated because the appeals lack an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Steel*
DEPUTY CLERK

SAO-MZK

ISSUED AS MANDATE: MAR 18 2005